**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

SUE ANNE WHEELER, an Individual;   )
              ) CASE NO.:
              )
Plaintiff,          )
              )
   vs.          )
              )
WALGREEN CO., a foreign Corporation;  )
d/b/a WALGREENS; JOHN DOE, an   )
Individual and Employee of WALGREENS )
CO., DOES II through X, and ROE    )
BUSINESS ENTITIES XI through XX,   )
inclusive,           )
              )
    Defendants.      )

### NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (B) (DIVERSITY)

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

PLEASE TAKE NOTICE that Defendant WALGREEN CO., by and through their attorneys, GEORGE M. RANALLI, ESQ. and MAEGUN MOOSO, ESQ., of the law offices of RANALLI ZANIEL FOWLER & MORAN, LLC,  hereby removes to this Court the state court action described below.

   1.   On July 24, 2024, an action was commenced in the District Court for Clark County, Nevada, entitled SUE ANNE WHEELER v. WALGREEN CO., a foreign corporation

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. HORIZON RIDGE PARKWAY, SUITE 100*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774 Fax: (702) 477-7778

d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.; DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive, as Case No: A-24-898169-C. See, **Exhibit A**, Initial Appearance Fee Disclosure; **Exhibit B**, Complaint; **Exhibit C**, Errata to Complaint; **Exhibit D**, Summons and Affidavit of Service**.**

2.     Defendant WALGREEN CO. received a copy of said Complaint on July 24, 2024, when Defendant's agent accepted service of said Summons and Complaint on its behalf. See, **Exhibit D,** Summons and Affidavit of Service**.**

3.     This is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to the provisions of 28 U.S.C. § 144l(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.     Plaintiff is a citizen of the State of Nevada. Defendant WALGREEN CO. was at the time of filing this action, and still is, a corporation incorporated under the laws of the State of Illinois, having its principal place of business at Deerfield, Illinois.

5.     On September 4, 2024, Defendant WALGREEN CO. filed its Initial Appearance Fee Disclosure, Answer to Plaintiff's Complaint and Demand for Jury Trial. See, **Exhibit E,** Initial Appearance Fee Disclosure; **Exhibit F**, Answer to Plaintiff's Complaint; and **Exhibit G,** Demand for Jury Trial.

6.     On October 4, 2024, Plaintiff filed an Errata to Complaint; See, **Exhibit C.**

7.     On October 14, 2024, Defendant Walgreen Co., filed their Answer to Plaintiff's Errata Complaint. See, **Exhibit H**.

8.     On September 24, 2024, Plaintiff filed a Request for Exemption from Arbitration asserting that Plaintiff experienced, as a result of the incident that is the subject of her Complaint: dizziness, extreme blood loss, disorientation, back pain, leg pain, arm pain, foot pain, and other unspecified injuries.  Additionally, Plaintiff asserts in the aforementioned

document that she has incurred medical expenses of $406,979.93 and is still treating.  Thus, it is reasonable to conclude that the amount in controversy exceeds $75,000. See, **Exhibit I,** Plaintiff's Request for Exemption from Arbitration.

9.    Removal is timely as Defendant WALGREEN CO. filed this notice of removal within thirty days of Plaintiff filing her Request for Exemption from Arbitration, which is the first paper in the action indicating a case value, and within one year of the Complaint's filing. 28 U.S.C. § 1446(b). (See *Harris vs. Bankers Life & Cas. Co.*, 425 F.3d 689, 694 (9th Cir. 2005)).

DATED this 23rd day of October, 2024

RANALLI ZANIEL FOWLER & MORAN, LLC

/s/ Maegun Mooso

_____
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**MAEGUN MOOSO, ESQ.**
Nevada Bar No. 15067
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendants

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774 Fax: (702) 477-7778

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of **RANALLI ZANIEL FOWLER & MORAN, LLC**, and that on the 23rd day of October, 2024, I caused the foregoing **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. § 1441 (B) (DIVERSITY)** to be served as follows:

[ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]    pursuant to EDCR 7.26, by sending it via facsimile  (w/out attachments); and/or

[ ]    by hand delivery to the parties listed below; and/or

[X]    pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Lawrence C. Hill, Esq.
Sean P. O'Callaghan, Esq.
Armita Hashemi, Esq.
**LAWRENCE C. HILL & ASSOCIATES, LTD.**
2020 W. Sunset Road
Henderson, Nevada  89014
Attorneys for Plaintiff
*VIA ELECTRONIC SERVICE*


*/s/ Vicki Perez*
_____
**An Employee of
RANALLI ZANIEL FOWLER & MORAN, LLC**

4

# EXHIBIT A

Electronically Filed
7/24/2024 2:27 PM
Steven D. Grierson
CLERK OF THE COURT

**IAFD**
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiffs*
Sue Anne Wheeler

CASE NO.: A-24-898169-C
Department 17

**LAWRENCE C. HILL & ASSOCIATES, LTD.**

**EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SUE ANNE WHEELER, an individual; | Case No.: |
| Plaintiff, | Dept. No.: |
| vs. | |
| WALGREEN CO., a foreign corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.; DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive; | **INITIAL APPEARANCE FEE DISCLOSURE** |
| Defendants. | |

Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted for parties appearing in the above-entitled action as indicated below:

///

///

1

1    ///
2    ///
3    ///
4         Sue Anne Wheeler                    $270.00
5
6         **Total Remitted:**                 **$270.00**
7
8         Dated:  July 24, 2024          LAWRENCE C. HILL & ASSOCIATES
9
10
11
12
13
14                                        Lawrence C. Hill, Esq.
15                                        Nevada Bar No. 11989
                                          Sean P. O'Callaghan, Esq.
16                                        Nevada Bar No. 15447
                                          Armita Hashemi, Esq.
17                                        Nevada Bar No. 16250
18                                        LAWRENCE C. HILL & ASSOCIATES,
                                          LTD.
19                                        2020 W. Sunset Road
                                          Henderson, Nevada 89014
20                                        Tel: (702) 530-5688
21                                        Fax: (702) 666-9109
                                          Info@LVLegalHelp.com
22                                        *Attorneys for Plaintiff*
                                          Sue Anne Wheeler
23
24
25
26
27
28

2

# EXHIBIT B

Electronically Filed
7/24/2024 2:27 PM
Steven D. Grierson
CLERK OF THE COURT

**COMP**
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

CASE NO: A-24-898169-C
Department 17

**EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SUE ANNE WHEELER, an individual; | Case No.: |
| Plaintiff, | Dept. No.: |
| vs. | |
| | **COMPLAINT** |
| WALGREEN CO., a foreign corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.; DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive; | |
| Defendants. | |

Plaintiff, Sue Anne Wheeler, by and through her attorneys of record, LAWRENCE C.

HILL & ASSOCIATES, for causes of action against Defendants, WALGREEN CO., a foreign

corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.;

1

DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive, and each of them, hereby alleges and avers as follows:

**PARTIES**

1.      Plaintiff, Sue Anne Wheeler, is and was at all times mentioned herein, a resident of Clark County, Nevada.

2.      Upon information and belief, Defendant, WALGREEN CO. (hereinafter "Walgreens"), was and is a foreign corporation doing business as WALGREENS in Clark County, Nevada.

3.      Upon information and belief, Defendant JOHN DOE (hereinafter "Defendant Doe") was and is an individual employed by Defendant WALGREEN CO. and residing in Clark County, Nevada.

4.      The incident complained of occurred in Clark County, Nevada.

5.      That the true names or capacities, whether corporate, associate, individual or otherwise, of Defendants JOHN DOE and DOES II through X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible in some manner for the events and happenings herein referred to and proximately caused injury and damages thereby to Plaintiff as hereinafter alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names and capacities of JOHN DOE and DOES II through X when the same have been ascertained and to join such Defendants in this action.

6.      That the true names or capacities of Defendants, ROE BUSINESS ENTITIES XI through XX, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Defendants designated herein as ROE BUSINESS ENTITIES XI through XX, and each of

LAWRENCE C. HILL
& ASSOCIATES, LTD.

them, are predecessors-in-interest, successors-in-interest, and/or agencies otherwise in a joint venture with, and/or serving as an alter ego of, any and/or all Defendants named herein; and/or are entities responsible for the supervision of the individually named Defendants at the time of the events and circumstances alleged herein; and/or are entities employed by and/or otherwise directing the individual Defendants in the scope and course of their responsibilities at the time of the events and circumstances alleged herein; and/or are entities otherwise contributing in any way to the acts complained of and the damages alleged to have been suffered by the Plaintiff herein. Plaintiff is informed and, on that basis believes and thereon alleges, that each of the Defendants designated as a ROE BUSINESS ENTITY is in some manner negligently, vicariously, and/or statutorily responsible for the events and happenings referred to and caused damages to Plaintiff as herein alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names of such Defendants when the same have been ascertained.

## JURISDICTION AND VENUE

7.      Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

8.      Plaintiff and Defendants reside and/or conduct business within Clark County, Nevada.

9.      The acts complained of herein occurred within Clark County, Nevada.

10.     The facts and evidence of this Complaint arise and can be found within Clark County, Nevada.

11.     The damages complained of herein are in an amount sufficient to invoke the jurisdiction of this court, though not yet fully ascertained, said damages complained of are in excess of Fifteen Thousand Dollars ($15,000.00).

LAWRENCE C. HILL
& ASSOCIATES, LTD.

3

**GENERAL ALLEGATIONS**

12.    Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

13.    On or about July 28, 2024, Plaintiff was a lawfully-present patron on the premises of a Walgreens store located at 4895 Boulder Hwy Suite 100 in Las Vegas, Nevada (the "Premises")

14.    While shopping on the Premises, Plaintiff was forcibly struck by a metal utility cart operated by Defendant Doe, an employee of Walgreens (the "Subject Incident").

15.    Plaintiff, who was 79 years old at the time, was pushed to the ground by the impact. She suffered extreme pain and bled profusely.

16.    As a result of the Subject Incident, Plaintiff suffered severe personal injuries, and other items of damage, the nature and extent of which are still not fully known.

17.    While yet uncertain, all of the forgoing items of damage together amount to a sum in excess of Two Hundred Thousand Dollars ($200,000.00).

**FIRST CAUSE OF ACTION**
(Negligence – All Parties)

18.    Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

19.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens owed Plaintiff a duty to conduct themselves in a safe and careful manner.

20.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to exercise reasonable care to protect Plaintiff from injury while Plaintiff was an invitee to the property.

LAWRENCE C. HILL
& ASSOCIATES, LTD.

4

21.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to provide a safe environment to invitees, patrons, and customers.

22.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of care when they engaged in conduct that was injurious to Plaintiff on or about July 28, 2022, in Clark County, Nevada.

23.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty to provide a safe environment to its invitee, patrons, customers and clientele who were at their property, including the Plaintiff.

24.    As a result of said breach of duty, Plaintiff suffered severe injury by the actions of an agent(s) and/or employee(s) acting on behalf of Walgreens.

25.    The negligence of Defendants constituted gross misconduct and/or negligence by agent(s) and/or employee(s) acting on behalf of Walgreens, resulting in substantial injuries to Plaintiff. The gross misconduct and/or negligence of the agent(s) and/or employee(s) acting on behalf of Walgreens constituted a dangerous condition in the store.

26.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens had, or should have had, actual knowledge and notice of said dangerous condition.

27.    As a direct and proximate result of the aforesaid failure to provide a safe environment, Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of reasonable care and Plaintiff suffered severe physical, emotional, and mental injuries.

**28.**    As a direct and proximate result of the negligence, actions, and/or conduct of the agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered, and continues to suffer damages, including but not limited to, emotional distress, mental anguish, pain and suffering, loss

of enjoyment of life, physical injury, and medical expenses, all to her detriment in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

29.    The conduct of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens was in wanton and total disregard of their contractual, legal, and statutory obligations to the Plaintiff, and constituted a gross, reckless, oppressive, fraudulent, willful, malicious and/or outrageous disregard for the consequences of their actions and/or omissions, as well as manifest indifference to the Plaintiff's rights and safety.

30.    As a result of the actions, omissions, negligence, carelessness, recklessness, wanton and/or willfulness of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered serious injuries, so as to justify assessment of exemplary and punitive damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

**31.**    As a further direct and proximate result of the negligence, actions, and/or conduct of the Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens, as set forth above, Plaintiff was required to retain an attorney to pursue this action against Defendants and is entitled to attorney's fees and costs of litigation.

## SECOND CAUSE OF ACTION
(Vicarious Liability/*Respondeat Superior* – WALGREEN CO.)

32.    Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

33.    Upon information and belief, Defendant Doe at all times relevant herein was an employee and/or agent of Walgreens and was acting within the scope of employment and/or agency with Walgreens.

LAWRENCE C. HILL & ASSOCIATES, LTD.

6

34.    Accordingly, pursuant to N.R.S. 41.130, Walgreens is vicariously liable for the damages caused by their employees' and agents' actions and negligence.  N.R.S. 41.130 states as follows:

> Except as otherwise provided in N.R.S. 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

35.    As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, and each of them, Plaintiff suffered personal injuries, in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

36.    As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff required, and continues to require, the services of physicians, medical professionals, and/or psychological health professionals for medical and/or psychological care and treatment and has incurred costs for the same in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

37.    Plaintiff is entitled to reimbursement for the expenses incurred, and those that will be incurred in the future, for medical and/or psychological treatment and therapy for injuries sustained in the Subject Incident.

38.    As a further direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff has experienced pain and suffering, all to Plaintiff's general damages in excess of Fifteen Thousand Dollars ($15,000.00).

///

///

LAWRENCE C. HILL
& ASSOCIATES, LTD.

7

39.    As a direct and proximate result of the actions of Defendants, as set forth above, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

### THIRD CAUSE OF ACTION
(Negligent Hiring, Training, and Supervision – WALGREEN CO.)

40.    Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

41.    Defendant Walgreens had a duty of care to properly and adequately hire, train, retain, and supervise employees and/or agents under its control so as to avoid unreasonable risk of harm to its invitees and/or licensees and/or the general public.

42.    Defendants Walgreens breached their duty to Plaintiff by failing to properly and adequately hire, train, retain, and supervise their respective agents, servants and/or employees, so as to directly and proximately cause Plaintiff's damages and are liable for said damages.

43.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff suffered general damages for past and future pain, suffering, embarrassment, disability, and loss of quality of life in an amount in excess of Fifty Thousand Dollars ($50,000.00).

44.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff was injured, necessitating medical treatment, past and future, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

45.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff incurred, and/or will incur, expenses for medical treatment in an amount in excess of Fifty Thousand Dollars ($50,000.00).

46.    As a further direct and proximate result of this hazard and Defendant's negligent hiring, training, retention, and supervision of employees, as set forth herein and in the preceding and proceeding paragraphs and causes of action, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



LAWRENCE C. HILL
& ASSOCIATES, LTD.

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief in Plaintiff's favor and against Defendant(s) as follows:

1.      For judgment against Defendant(s);

2.      For all damages as allowed by law including compensatory, general, and special damages in an amount to be fully determined at trial;

3.      For reasonable attorney's fees and costs;

4.      For Plaintiff's costs;

5.      For pre-judgment and post-judgment interest; and

6.      For any other and further relief as the court may deem just and proper.

Dated:  July 24, 2024                              LAWRENCE C. HILL & ASSOCIATES

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

# EXHIBIT C

Electronically Filed
10/4/2024 2:33 PM
Steven D. Grierson
CLERK OF THE COURT

**ERR**
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

**EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SUE ANNE WHEELER, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a foreign corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.; DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive<br><br>Defendants. | Case No.: A-24-898169-C<br><br>Dept. No.: 17<br><br>**ERRATA TO COMPLAINT** |

**COMES NOW,** Plaintiff Sue Anne Wheeler, by and through her attorneys of record Lawrence C. Hill, Esq., Sean P. O'Callaghan, Esq., and Armita Hashemi, Esq., of **LAWRENCE C. HILL & ASSOCIATES**, and respectfully submits this Errata to Complaint.

///

///

1

1
2
3
4
5

Paragraph 13 of Plaintiff's Complaint erroneously cited the date of the Subject Incident as July 28, **2024**. Paragraph 22 of Plaintiff's complaint correctly cites the date of the Subject Incident as July 28, **2022**. Plaintiff has attached a copy of the Complaint hereto with the erroneous language corrected to reflect the correct date.

6
7
8
9

Dated:  October 4, 2024

LAWRENCE C. HILL & ASSOCIATES

10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
*Attorneys for Plaintiff*
Sue Anne Wheeler



LAWRENCE C. HILL
& ASSOCIATES, LTD.

LAWRENCE C. HILL
& ASSOCIATES, LTD.

1

## CERTIFICATE OF SERVICE

2   The undersigned hereby certifies that on the 4th day of October, 2024, I served a copy of

3   the foregoing: **ERRATA TO COMPLAINT** as indicated below:

4

5   ____   By first class mail, postage prepaid from Las Vegas, Nevada pursuant to N.R.C.P.
         5(b) addressed as follows below
       ____   By facsimile, pursuant to E.D.C.R. 7.26 (as amended)
6       ____   By receipt of copy as indicated below
7    _X_   Via Electronic Service Pursuant to Administrative Order 14-2, effective June 1,
         2014
8         (Note:  *All pertinent parties not registered pursuant to Administrative Order 14-2
         have been served via mail*)

9

10

11  GEORGE M. RANALLI, ESQ.
    RANALLI ZANIEL FOWLER & MORAN, LLC
12  Nevada Bar No. 5748
    2340 W. Horizon Ridge Parkway, Suite 100
13  Henderson, Nevada 89052
    *Attorneys for Defendants*

14

15

16                              */s/ Dawson Ferrell-Walker*
                                _____
17                              An employee of LAWRENCE C. HILL &
                                ASSOCIATES

18

19

20

21

22

23

24

25

26

27

28

3

1  **COMP**
   Lawrence C. Hill, Esq.
2  Nevada Bar No. 11989
   Sean P. O'Callaghan, Esq.
3  Nevada Bar No. 15447
   Armita Hashemi, Esq.
4  Nevada Bar No. 16250
5  LAWRENCE C. HILL & ASSOCIATES, LTD.
   2020 W. Sunset Road
6  Henderson, Nevada 89014
7  Tel: (702) 530-5688
   Fax: (702) 666-9109
8  Info@LVLegalHelp.com
   *Attorneys for Plaintiff*
9  Sue Anne Wheeler

10                  **EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

11                            **CLARK COUNTY, NEVADA**

12
13  SUE ANNE WHEELER, an individual;        Case No.:

                    Plaintiff,              Dept. No.:
14
             vs.
15                                          **COMPLAINT**
16  WALGREEN CO., a foreign corporation
17  d/b/a WALGREENS; JOHN DOE, an
    individual and employee of WALGREEN
18  CO.; DOES II through X; and ROE
    BUSINESS ENTITIES XI through XX,
19  inclusive;
20
                    Defendants.
21

22

23          Plaintiff, Sue Anne Wheeler, by and through her attorneys of record, LAWRENCE C.

24  HILL & ASSOCIATES, for causes of action against Defendants, WALGREEN CO., a foreign

25  corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.;

26

27

28

                                             1

DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive, and each of them, hereby alleges and avers as follows:

**PARTIES**

1.      Plaintiff, Sue Anne Wheeler, is and was at all times mentioned herein, a resident of Clark County, Nevada.

2.      Upon information and belief, Defendant, WALGREEN CO. (hereinafter "Walgreens"), was and is a foreign corporation doing business as WALGREENS in Clark County, Nevada.

3.      Upon information and belief, Defendant JOHN DOE (hereinafter "Defendant Doe") was and is an individual employed by Defendant WALGREEN CO. and residing in Clark County, Nevada.

4.      The incident complained of occurred in Clark County, Nevada.

5.      That the true names or capacities, whether corporate, associate, individual or otherwise, of Defendants JOHN DOE and DOES II through X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible in some manner for the events and happenings herein referred to and proximately caused injury and damages thereby to Plaintiff as hereinafter alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names and capacities of JOHN DOE and DOES II through X when the same have been ascertained and to join such Defendants in this action.

6.      That the true names or capacities of Defendants, ROE BUSINESS ENTITIES XI through XX, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Defendants designated herein as ROE BUSINESS ENTITIES XI through XX, and each of

LAWRENCE C. HILL & ASSOCIATES, LTD.

2

them, are predecessors-in-interest, successors-in-interest, and/or agencies otherwise in a joint venture with, and/or serving as an alter ego of, any and/or all Defendants named herein; and/or are entities responsible for the supervision of the individually named Defendants at the time of the events and circumstances alleged herein; and/or are entities employed by and/or otherwise directing the individual Defendants in the scope and course of their responsibilities at the time of the events and circumstances alleged herein; and/or are entities otherwise contributing in any way to the acts complained of and the damages alleged to have been suffered by the Plaintiff herein. Plaintiff is informed and, on that basis believes and thereon alleges, that each of the Defendants designated as a ROE BUSINESS ENTITY is in some manner negligently, vicariously, and/or statutorily responsible for the events and happenings referred to and caused damages to Plaintiff as herein alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names of such Defendants when the same have been ascertained.

## <u>JURISDICTION AND VENUE</u>

7.      Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

8.      Plaintiff and Defendants reside and/or conduct business within Clark County, Nevada.

9.      The acts complained of herein occurred within Clark County, Nevada.

10.     The facts and evidence of this Complaint arise and can be found within Clark County, Nevada.

11.     The damages complained of herein are in an amount sufficient to invoke the jurisdiction of this court, though not yet fully ascertained, said damages complained of are in excess of Fifteen Thousand Dollars ($15,000.00).

LAWRENCE C. HILL
& ASSOCIATES, LTD.

## GENERAL ALLEGATIONS

12.     Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

13.     On or about July 28, 2022, Plaintiff was a lawfully-present patron on the premises of a Walgreens store located at 4895 Boulder Hwy Suite 100 in Las Vegas, Nevada (the "Premises")

14.     While shopping on the Premises, Plaintiff was forcibly struck by a metal utility cart operated by Defendant Doe, an employee of Walgreens (the "Subject Incident").

15.     Plaintiff, who was 79 years old at the time, was pushed to the ground by the impact. She suffered extreme pain and bled profusely.

16.     As a result of the Subject Incident, Plaintiff suffered severe personal injuries, and other items of damage, the nature and extent of which are still not fully known.

17.     While yet uncertain, all of the forgoing items of damage together amount to a sum in excess of Two Hundred Thousand Dollars ($200,000.00).

## FIRST CAUSE OF ACTION
(Negligence – All Parties)

18.     Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

19.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens owed Plaintiff a duty to conduct themselves in a safe and careful manner.

20.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to exercise reasonable care to protect Plaintiff from injury while Plaintiff was an invitee to the property.

LAWRENCE C. HILL & ASSOCIATES, LTD.

4

21.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to provide a safe environment to invitees, patrons, and customers.

22.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of care when they engaged in conduct that was injurious to Plaintiff on or about July 28, 2022, in Clark County, Nevada.

23.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty to provide a safe environment to its invitee, patrons, customers and clientele who were at their property, including the Plaintiff.

24.     As a result of said breach of duty, Plaintiff suffered severe injury by the actions of an agent(s) and/or employee(s) acting on behalf of Walgreens.

25.     The negligence of Defendants constituted gross misconduct and/or negligence by agent(s) and/or employee(s) acting on behalf of Walgreens, resulting in substantial injuries to Plaintiff. The gross misconduct and/or negligence of the agent(s) and/or employee(s) acting on behalf of Walgreens constituted a dangerous condition in the store.

26.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens had, or should have had, actual knowledge and notice of said dangerous condition.

27.     As a direct and proximate result of the aforesaid failure to provide a safe environment, Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of reasonable care and Plaintiff suffered severe physical, emotional, and mental injuries.

**28.**     As a direct and proximate result of the negligence, actions, and/or conduct of the agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered, and continues to suffer damages, including but not limited to, emotional distress, mental anguish, pain and suffering, loss

LAWRENCE C. HILL
& ASSOCIATES, LTD.

5

of enjoyment of life, physical injury, and medical expenses, all to her detriment in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

29.     The conduct of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens was in wanton and total disregard of their contractual, legal, and statutory obligations to the Plaintiff, and constituted a gross, reckless, oppressive, fraudulent, willful, malicious and/or outrageous disregard for the consequences of their actions and/or omissions, as well as manifest indifference to the Plaintiff's rights and safety.

30.     As a result of the actions, omissions, negligence, carelessness, recklessness, wanton and/or willfulness of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered serious injuries, so as to justify assessment of exemplary and punitive damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

**31.**     As a further direct and proximate result of the negligence, actions, and/or conduct of the Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens, as set forth above, Plaintiff was required to retain an attorney to pursue this action against Defendants and is entitled to attorney's fees and costs of litigation.

## SECOND CAUSE OF ACTION
(Vicarious Liability/*Respondeat Superior* – WALGREEN CO.)

32.     Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

33.     Upon information and belief, Defendant Doe at all times relevant herein was an employee and/or agent of Walgreens and was acting within the scope of employment and/or agency with Walgreens.

LAWRENCE C. HILL
& ASSOCIATES, LTD.

6

34.     Accordingly, pursuant to N.R.S. 41.130, Walgreens is vicariously liable for the damages caused by their employees' and agents' actions and negligence.  N.R.S. 41.130 states as follows:

> Except as otherwise provided in N.R.S. 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

35.     As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, and each of them, Plaintiff suffered personal injuries, in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

36.     As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff required, and continues to require, the services of physicians, medical professionals, and/or psychological health professionals for medical and/or psychological care and treatment and has incurred costs for the same in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

37.     Plaintiff is entitled to reimbursement for the expenses incurred, and those that will be incurred in the future, for medical and/or psychological treatment and therapy for injuries sustained in the Subject Incident.

38.     As a further direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff has experienced pain and suffering, all to Plaintiff's general damages in excess of Fifteen Thousand Dollars ($15,000.00).

///

///

LAWRENCE C. HILL
& ASSOCIATES, LTD.

7

39.    As a direct and proximate result of the actions of Defendants, as set forth above, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

**THIRD CAUSE OF ACTION**
(Negligent Hiring, Training, and Supervision – WALGREEN CO.)

40.    Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

41.    Defendant Walgreens had a duty of care to properly and adequately hire, train, retain, and supervise employees and/or agents under its control so as to avoid unreasonable risk of harm to its invitees and/or licensees and/or the general public.

42.    Defendants Walgreens breached their duty to Plaintiff by failing to properly and adequately hire, train, retain, and supervise their respective agents, servants and/or employees, so as to directly and proximately cause Plaintiff's damages and are liable for said damages.

43.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff suffered general damages for past and future pain, suffering, embarrassment, disability, and loss of quality of life in an amount in excess of Fifty Thousand Dollars ($50,000.00).

44.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff was injured, necessitating medical treatment, past and future, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

45.    As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff incurred, and/or will incur, expenses for medical treatment in an amount in excess of Fifty Thousand Dollars ($50,000.00).

LAWRENCE C. HILL
& ASSOCIATES, LTD.

8

46.    As a further direct and proximate result of this hazard and Defendant's negligent hiring, training, retention, and supervision of employees, as set forth herein and in the preceding and proceeding paragraphs and causes of action, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///



LAWRENCE C. HILL
& ASSOCIATES, LTD.

9

## **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff prays for relief in Plaintiff's favor and against Defendant(s) as follows:

1.    For judgment against Defendant(s);

2.    For all damages as allowed by law including compensatory, general, and special damages in an amount to be fully determined at trial;

3.    For reasonable attorney's fees and costs;

4.    For Plaintiff's costs;

5.    For pre-judgment and post-judgment interest; and

6.    For any other and further relief as the court may deem just and proper.

Dated:  July 24, 2024                              LAWRENCE C. HILL & ASSOCIATES

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

LAWRENCE C. HILL & ASSOCIATES, LTD.

# EXHIBIT D



null / ALL
**Transmittal Number: 29752933**
**Date Processed: 08/23/2024**

# Notice of Service of Process

| | |
|---|---|
| **Primary Contact:** | Walgreens Distribution<br>Corporation Service Company- Wilmington, DELAWARE<br>251 Little Falls Dr<br>Wilmington, DE 19808-1674 |

| | |
|---|---|
| **Entity:** | Walgreen Co.<br>Entity ID Number  0501431 |
| **Entity Served:** | John Doe c/o Walgreen Co., d/b/a Walgreens |
| **Title of Action:** | Sue Anne Wheeler, an individual vs. Walgreen Co., a foreign corporation d/b/a Walgreens |
| **Matter Name/ID:** | Sue Anne Wheeler vs. Walgreens (12665812) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Clark County District Court, NV |
| **Case/Reference No:** | A-24-898169-C |
| **Jurisdiction Served:** | Nevada |
| **Date Served on CSC:** | 08/22/2024 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Personal Service |
| Sender Information: | Lawrence C. Hill & Associates, Ltd.<br>702-530-5688 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

Electronically Issued
8/5/2024 11:12 AM

**SEI**

1    Lawrence C. Hill, Esq.
     Nevada Bar No. 11989
2    Sean P. O'Callaghan, Esq.
     Nevada Bar No. 15447
3
     Armita Hashemi, Esq.
4    Nevada Bar No. 16250
5    LAWRENCE C. HILL & ASSOCIATES, LTD.
     2020 W. Sunset Road
6    Henderson, Nevada 89014
7    Tel: (702) 530-5688
     Fax: (702) 666-9109
8    Info@LVLegalHelp.com
     *Attorneys for Plaintiff*
9    Sue Anne Wheeler

10              **EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

11                      **CLARK COUNTY, NEVADA**

12
     SUE ANNE WHEELER, an individual;        Case No.: A-24-898169-C
13
                   Plaintiff,                 Dept. No.: 17
14
             vs.
15                                            **SUMMONS**
16   WALGREEN CO., a foreign corporation
     d/b/a WALGREENS; JOHN DOE, an
17   individual and employee of WALGREEN
     CO.; DOES II through X; and ROE
18   BUSINESS ENTITIES XI through XX,
19   inclusive;
20                 Defendants.
21

22

23   **NOTICE!   YOU HAVE BEEN SUED.   THE COURT MAY DECIDE AGAINST YOU**
     **WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 21 DAYS. READ**
24   **THE INFORMATION BELOW.**

25   TO THE DEFENDANT: This civil Complaint has been filed by the plaintiff against you for the
26   relief set forth in the Complaint: Complaint

27

28

*(sidebar, vertical text):* LAWRENCE C. HILL & ASSOCIATES, LTD.

1

1.    If you intend to defend this lawsuit, within 21 days after this Summons is served on you exclusive of the day of service, you must do the following:

a.    File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

b.    Serve a copy of your response upon the attorney whose name and address is shown below.

2.    Unless you respond, your default will be entered upon application of the plaintiff and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3.    If you intend to seek the advice of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4.    The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members, and legislatures each has 45 days after service of this summons within which to file an answer to the complaint.

If you fail to file a response, judgment by default will be taken against you and for the relief demanded in the Complaint.

STEVEN D. GRIERSON
CLERK OF THE COURT

Issued at direction of:

By: _____    8/5/2024
Deputy Clerk   Crystal Nantz   Date
Regional Justice Center
200 Lewis Avenue, Las Vegas, Nevada 89101

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE    C.    HILL    &
ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

2

Electronically Filed
7/24/2024 2:27 PM
Steven D. Grierson
CLERK OF THE COURT

1  **COMP**
   Lawrence C. Hill, Esq.
2  Nevada Bar No. 11989
   Sean P. O'Callaghan, Esq.
3  Nevada Bar No. 15447
   Armita Hashemi, Esq.
4  Nevada Bar No. 16250
   LAWRENCE C. HILL & ASSOCIATES, LTD.
5  2020 W. Sunset Road
   Henderson, Nevada 89014
6  Tel: (702) 530-5688
   Fax: (702) 666-9109
7  Info@LVLegalHelp.com
8  *Attorneys for Plaintiff*
9  Sue Anne Wheeler

CASE NO: A-24-898169-C
Department 17

10              **EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

11                        **CLARK COUNTY, NEVADA**

12  | | |
    |---|---|
13  SUE ANNE WHEELER, an individual; | Case No.:
14            Plaintiff, | Dept. No.:
15     vs.
16  WALGREEN CO., a foreign corporation | **COMPLAINT**
    d/b/a WALGREENS; JOHN DOE, an
17  individual and employee of WALGREEN
    CO.; DOES II through X; and ROE
18  BUSINESS ENTITIES XI through XX,
    inclusive;
19
20          Defendants.
21
22
23       Plaintiff, Sue Anne Wheeler, by and through her attorneys of record, LAWRENCE C.
24  HILL & ASSOCIATES, for causes of action against Defendants, WALGREEN CO., a foreign
25  corporation d/b/a WALGREENS; JOHN DOE, an individual and employee of WALGREEN CO.;
26
27
28

1

DOES II through X; and ROE BUSINESS ENTITIES XI through XX, inclusive, and each of them, hereby alleges and avers as follows:

### PARTIES

1.    Plaintiff, Sue Anne Wheeler, is and was at all times mentioned herein, a resident of Clark County, Nevada.

2.    Upon information and belief, Defendant, WALGREEN CO. (hereinafter "Walgreens"), was and is a foreign corporation doing business as WALGREENS in Clark County, Nevada.

3.    Upon information and belief, Defendant JOHN DOE (hereinafter "Defendant Doe") was and is an individual employed by Defendant WALGREEN CO. and residing in Clark County, Nevada.

4.    The incident complained of occurred in Clark County, Nevada.

5.    That the true names or capacities, whether corporate, associate, individual or otherwise, of Defendants JOHN DOE and DOES II through X, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants designated herein as DOE is legally responsible in some manner for the events and happenings herein referred to and proximately caused injury and damages thereby to Plaintiff as hereinafter alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names and capacities of JOHN DOE and DOES II through X when the same have been ascertained and to join such Defendants in this action.

6.    That the true names or capacities of Defendants, ROE BUSINESS ENTITIES XI through XX, inclusive, are unknown to Plaintiff who, therefore, sues said Defendants by such fictitious names. Defendants designated herein as ROE BUSINESS ENTITIES XI through XX, and each of

2

them, are predecessors-in-interest, successors-in-interest, and/or agencies otherwise in a joint venture with, and/or serving as an alter ego of, any and/or all Defendants named herein; and/or are entities responsible for the supervision of the individually named Defendants at the time of the events and circumstances alleged herein; and/or are entities employed by and/or otherwise directing the individual Defendants in the scope and course of their responsibilities at the time of the events and circumstances alleged herein; and/or are entities otherwise contributing in any way to the acts complained of and the damages alleged to have been suffered by the Plaintiff herein. Plaintiff is informed and, on that basis believes and thereon alleges, that each of the Defendants designated as a ROE BUSINESS ENTITY is in some manner negligently, vicariously, and/or statutorily responsible for the events and happenings referred to and caused damages to Plaintiff as herein alleged. Plaintiff will seek leave of the Court to amend this Complaint to insert the true names of such Defendants when the same have been ascertained.

## **JURISDICTION AND VENUE**

7.     Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

8.     Plaintiff and Defendants reside and/or conduct business within Clark County, Nevada.

9.     The acts complained of herein occurred within Clark County, Nevada.

10.    The facts and evidence of this Complaint arise and can be found within Clark County, Nevada.

11.    The damages complained of herein are in an amount sufficient to invoke the jurisdiction of this court, though not yet fully ascertained, said damages complained of are in excess of Fifteen Thousand Dollars ($15,000.00).

3

## GENERAL ALLEGATIONS

12.     Plaintiff repeats and realleges the allegations as contained in the preceding paragraphs herein and incorporates the same herein by reference.

13.     On or about July 28, 2024, Plaintiff was a lawfully-present patron on the premises of a Walgreens store located at 4895 Boulder Hwy Suite 100 in Las Vegas, Nevada (the "Premises")

14.     While shopping on the Premises, Plaintiff was forcibly struck by a metal utility cart operated by Defendant Doe, an employee of Walgreens (the "Subject Incident").

15.     Plaintiff, who was 79 years old at the time, was pushed to the ground by the impact. She suffered extreme pain and bled profusely.

16.     As a result of the Subject Incident, Plaintiff suffered severe personal injuries, and other items of damage, the nature and extent of which are still not fully known.

17.     While yet uncertain, all of the forgoing items of damage together amount to a sum in excess of Two Hundred Thousand Dollars ($200,000.00).

## FIRST CAUSE OF ACTION
### (Negligence – All Parties)

18.     Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

19.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens owed Plaintiff a duty to conduct themselves in a safe and careful manner.

20.     Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to exercise reasonable care to protect Plaintiff from injury while Plaintiff was an invitee to the property.

4

21.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens further owed Plaintiff a duty to provide a safe environment to invitees, patrons, and customers.

22.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of care when they engaged in conduct that was injurious to Plaintiff on or about July 28, 2022, in Clark County, Nevada.

23.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty to provide a safe environment to its invitee, patrons, customers and clientele who were at their property, including the Plaintiff.

24.    As a result of said breach of duty, Plaintiff suffered severe injury by the actions of an agent(s) and/or employee(s) acting on behalf of Walgreens.

25.    The negligence of Defendants constituted gross misconduct and/or negligence by agent(s) and/or employee(s) acting on behalf of Walgreens, resulting in substantial injuries to Plaintiff. The gross misconduct and/or negligence of the agent(s) and/or employee(s) acting on behalf of Walgreens constituted a dangerous condition in the store.

26.    Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens had, or should have had, actual knowledge and notice of said dangerous condition.

27.    As a direct and proximate result of the aforesaid failure to provide a safe environment, Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens breached their duty of reasonable care and Plaintiff suffered severe physical, emotional, and mental injuries.

28.    As a direct and proximate result of the negligence, actions, and/or conduct of the agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered, and continues to suffer damages, including but not limited to, emotional distress, mental anguish, pain and suffering, loss

5

of enjoyment of life, physical injury, and medical expenses, all to her detriment in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

29.    The conduct of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens was in wanton and total disregard of their contractual, legal, and statutory obligations to the Plaintiff, and constituted a gross, reckless, oppressive, fraudulent, willful, malicious and/or outrageous disregard for the consequences of their actions and/or omissions, as well as manifest indifference to the Plaintiff's rights and safety.

30.    As a result of the actions, omissions, negligence, carelessness, recklessness, wanton and/or willfulness of Defendant and/or agent(s) and/or employee(s) acting on behalf of Walgreens, Plaintiff suffered serious injuries, so as to justify assessment of exemplary and punitive damages in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

**31.**    As a further direct and proximate result of the negligence, actions, and/or conduct of the Defendants and/or the agent(s) and/or employee(s) acting on behalf of Walgreens, as set forth above, Plaintiff was required to retain an attorney to pursue this action against Defendants and is entitled to attorney's fees and costs of litigation.

## SECOND CAUSE OF ACTION
(Vicarious Liability/*Respondeat Superior* – WALGREEN CO.)

32.    Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

33.    Upon information and belief, Defendant Doe at all times relevant herein was an employee and/or agent of Walgreens and was acting within the scope of employment and/or agency with Walgreens.

LAWRENCE C. HILL
& ASSOCIATES, LTD.

6

34.    Accordingly, pursuant to N.R.S. 41.130, Walgreens is vicariously liable for the damages caused by their employees' and agents' actions and negligence. N.R.S. 41.130 states as follows:

> Except as otherwise provided in N.R.S. 41.745, whenever any person shall suffer personal injury by wrongful act, neglect or default of another, the person causing the injury is liable to the person injured for damages; and where the person causing the injury is employed by another person or corporation responsible for his conduct, that person or corporation so responsible is liable to the person injured for damages.

35.    As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, and each of them, Plaintiff suffered personal injuries, in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

36.    As a direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff required, and continues to require, the services of physicians, medical professionals, and/or psychological health professionals for medical and/or psychological care and treatment and has incurred costs for the same in an amount in excess of Fifteen Thousand Dollars ($15,000.00).

37.    Plaintiff is entitled to reimbursement for the expenses incurred, and those that will be incurred in the future, for medical and/or psychological treatment and therapy for injuries sustained in the Subject Incident.

38.    As a further direct and proximate result of the actions, omissions, negligence, carelessness, recklessness, wanton and willfulness of Defendants, Plaintiff has experienced pain and suffering, all to Plaintiff's general damages in excess of Fifteen Thousand Dollars ($15,000.00).

///

///

39.     As a direct and proximate result of the actions of Defendants, as set forth above, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

### THIRD CAUSE OF ACTION
(Negligent Hiring, Training, and Supervision – WALGREEN CO.)

40.     Plaintiff incorporates, by reference, each of the allegations set forth in the preceding paragraphs as if fully set forth herein.

41.     Defendant Walgreens had a duty of care to properly and adequately hire, train, retain, and supervise employees and/or agents under its control so as to avoid unreasonable risk of harm to its invitees and/or licensees and/or the general public.

42.     Defendants Walgreens breached their duty to Plaintiff by failing to properly and adequately hire, train, retain, and supervise their respective agents, servants and/or employees, so as to directly and proximately cause Plaintiff's damages and are liable for said damages.

43.     As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff suffered general damages for past and future pain, suffering, embarrassment, disability, and loss of quality of life in an amount in excess of Fifty Thousand Dollars ($50,000.00).

44.     As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff was injured, necessitating medical treatment, past and future, in an amount in excess of Fifty Thousand Dollars ($50,000.00).

45.     As a direct and proximate result of Defendant's negligent hiring, training, retention, and supervision of employees, Plaintiff incurred, and/or will incur, expenses for medical treatment in an amount in excess of Fifty Thousand Dollars ($50,000.00).

8

46.     As a further direct and proximate result of this hazard and Defendant's negligent hiring, training, retention, and supervision of employees, as set forth herein and in the preceding and proceeding paragraphs and causes of action, Plaintiff has been required to retain an attorney to pursue this action against Defendants and is entitled to recover reasonable attorney's fees and costs of litigation.

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

///

9

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff prays for relief in Plaintiff's favor and against Defendant(s) as follows:

1.    For judgment against Defendant(s);

2.    For all damages as allowed by law including compensatory, general, and special damages in an amount to be fully determined at trial;

3.    For reasonable attorney's fees and costs;

4.    For Plaintiff's costs;

5.    For pre-judgment and post-judgment interest; and

6.    For any other and further relief as the court may deem just and proper.

Dated: July 24, 2024                    LAWRENCE C. HILL & ASSOCIATES

Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES, LTD.
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Anne Wheeler

10

**AFFIDAVIT OF SERVICE**

Electronically Filed
8/30/2024 10:59 AM
Steven D. Grierson
CLERK OF THE COURT

| Case:<br>A-24-898169-C | Court:<br>EIGHTH JUDICIAL DISTRICT COURT OF NEVADA | County:<br>Clark | Job:<br>1166202... |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Sue Anne Wheeler | | Defendant / Respondent:<br>Walgreen Co. a foreign corporation dba Walgreens, et al. | |
| Received by:<br>Serve Vegas LLC | | For:<br>Lawrence C. Hill & Associates | |
| To be served upon:<br>Walgreen Co. a foreign corporation dba Walgreens | | | |

I, Jon Mathews, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

Recipient Name / Address:  KRIS OSBORNE , Company: 112 North Curry Street, Carson City, NV 89703

Manner of Service:  Registered Agent, Aug 22, 2024, 2:14 pm PDT

Documents:  Summons, Complaint

Additional Comments:
1) Successful Attempt: Aug 22, 2024, 2:14 pm PDT at Company: 112 North Curry Street, Carson City, NV 89703 received by KRIS OSBORNE .
Age: 52; Ethnicity: Caucasian; Gender: Female; Weight: 152; Height: 5'5"; Hair: Blond; Eyes: Brown;
Pursuant to NRS 14.020 Documents were served by leaving a true copy, with the person stated above, who is a person of suitable age and discretion at the most recent address of the registered agent shown on the information filed with the Secretary of State.

Pursuant to NRS 53.045, I declare under penalty of perjury under the law of the State of Nevada that the foregoing is true and correct.

_____    08/25/2024
Jon Mathews                          **Date**

Serve Vegas LLC
6592 North Decatur Boulevard Unit 150-143
Las Vegas, NV 89131
775-315-7707
Nevada License 1914

# EXHIBIT E

Electronically Filed
9/4/2024 8:24 PM
Steven D. Grierson
CLERK OF THE COURT

1  **IAFD**
   **GEORGE M. RANALLI, ESQ.**
2  Nevada Bar No. 5748
   **RANALLI ZANIEL FOWLER & MORAN, LLC**
3  2340 W. Horizon Ridge Parkway, Suite 100
   Henderson, Nevada 89052
4  Telephone: (702) 477-7774
   Facsimile: (702) 477-7778
5  ranalliservice@ranallilawyers.com
   *Attorneys for Defendants*

6
                          **DISTRICT COURT**
7
                      **CLARK COUNTY, NEVADA**
8
   SUE ANNE WHEELER, an Individual;      )
9                                        )  CASE NO.:  A-24-898169-C
                                         )  DEPT NO.:  17
10              Plaintiff,               )
                                         )
11         vs.                           )
                                         )
12  WALGREEN CO., a foreign Corporation; )
    d/b/a WALGREENS; JOHN DOE, an        )
13  Individual and Employee of WALGREENS )
    CO., DOES II through X, and ROE      )
14  BUSINESS ENTITIES XI through XX,     )
    inclusive,                           )
15                                       )
                Defendants.              )
16  _____ )

17              **INITIAL APPEARANCE FEE DISCLOSURE**

18         Pursuant to NRS Chapter 19, as amended by Senate Bill 106, filing fees are submitted

19  for parties appearing in the above- entitled action as indicated below:

20  ///

21  ///

22  ///

23  ///

24  ///

                                1

DEFENDANT WALGREEN CO.:           $223.00

**TOTAL FEES REMITTED:**          **$223.00**

DATED this 4TH day of September, 2024

                                           **RANALLI ZANIEL FOWLER & MORAN, LLC**

                                           /s/ *Jason Andrew Fowler, #8071*
                                           _____
                                           **GEORGE M. RANALLI, ESQ.**
                                           Nevada Bar No. 5748
                                           2340 W. Horizon Ridge Parkway, Suite 100
                                           Henderson, Nevada 89052
                                           Attorneys for Defendants

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1

## CERTIFICATE OF SERVICE

2      Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee

3  of **RANALLI ZANIEL FOWLER & MORAN, LLC**, and that on the 4th day of September,

4  2024, I caused the foregoing **INITIAL APPEARANCE FEE DISCLOSURE** to be served as

5  follows:

6  [ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at

7  Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully

8  prepaid; and/or

9  [ ]      pursuant to EDCR 7.26, by sending it via facsimile  (w/out attachments); and/or

10  [ ]      by hand delivery to the parties listed below; and/or

11  [X]     pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via

12  electronic service:

13                          Lawrence C. Hill, Esq.
                         Sean P. O'Callaghan, Esq.
14                         Armita Hashemi, Esq.
             **LAWRENCE C. HILL & ASSOCIATES, LTD.**
15                         2020 W. Sunset Road
                         Henderson, Nevada  89014
16                         Attorneys for Plaintiff
                      **VIA ELECTRONIC SERVICE**
17
18                    /s/ *Donna Hicks*
        _____
19                     **An EMPLOYEE OF**
            **RANALLI ZANIEL FOWLER & MORAN, LLC**

20

21

22

23

24

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. HORIZON RIDGE PARKWAY, SUITE 100*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*

3

# EXHIBIT F

Electronically Filed
9/4/2024 8:24 PM
Steven D. Grierson
CLERK OF THE COURT

**ANS**
**GEORGE M. RANALLI, ESQ.**
Nevada Bar No. 5748
**RANALLI ZANIEL FOWLER & MORAN, LLC**
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Telephone: (702) 477-7774
Facsimile: (702) 477-7778
ranalliservice@ranallilawyers.com
*Attorneys for Defendants*

**DISTRICT COURT**

**CLARK COUNTY, NEVADA**

| | |
|---|---|
| SUE ANNE WHEELER, an Individual; | ) |
| | ) CASE NO.:  A-24-898169-C |
| | ) DEPT NO.:  17 |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) |
| WALGREEN CO., a foreign Corporation; | ) |
| d/b/a WALGREENS; JOHN DOE, an | ) |
| Individual and Employee of WALGREENS | ) |
| CO., DOES II through X, and ROE | ) |
| BUSINESS ENTITIES XI through XX, | ) |
| inclusive, | ) |
| | ) |
| Defendants. | ) |
| | ) |

**DEFENDANT'S ANSWER TO PLAINTIFF'S COMPLAINT**

**COMES NOW,** Defendant, WALGREEN CO., by and through their attorney, GEORGE M. RANALLI, ESQ., of the law offices of RANALLI ZANIEL FOWLER & MORAN, LLC, and for their Answer to Plaintiff's Complaint on file herein admits, denies, and alleges as follows:

This answering Defendants denies each and every allegation contained in Plaintiff's Complaint on file herein, save and except for those matters that are expressly addressed hereinafter.

1

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## PARTIES

1.      Answering Paragraphs 1, 3, 4, 5 and 6 of Plaintiff's Complaint, these answering Defendants states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

2.      Answering Paragraph 2 of Plaintiff's Complaint, this answering Defendant admits, upon information and belief, each and every allegation contained therein.

## JURISDICTION AND VENUE

3.      Answering Paragraph 7 of Plaintiff's Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

4.      Answering Paragraph 8 of Plaintiff's Complaint, this answering Defendant admits doing business in Clark County, Nevada but states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies the same.

5.      Answering Paragraphs 9, 10 and 11 of Plaintiff's Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

## GENERAL ALLEGATIONS

6.      Answering Paragraph 12 of Plaintiff's Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

7.      Answering Paragraphs 13, 14, 15, 16 and 17 of Plaintiff's Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

## FIRST CAUSE OF ACTION
### (Negligence – All Parties)

8.      Answering Paragraph 18 of Plaintiff's Complaint, this answering Defendantrepeat and re-allege each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

9.      Answering Paragraphs 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31 of Plaintiff's Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

## SECOND CAUSE OF ACTION
### (Vicarious Liability/Respondeat Superior – Walgreen Co.)

10.     Answering Paragraph 32 of Plaintiff's Complaint, this answering Defendantrepeat and re-allege each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

11.     Answering Paragraphs 33, 34, 35, 36, 37, 38 and 39 of Plaintiff's Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

## THIRD CAUSE OF ACTION
### (Negligent Hiring, Training and Supervision – Walgreen Co.)

12.     Answering Paragraph 40 of Plaintiff's Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

13.     Answering Paragraphs 41, 42, 43, 44, 45 and 46 of Plaintiff's Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

**AFFIRMATIVE DEFENSES**

**FIRST AFFIRMATIVE DEFENSE**

Plaintiff's Complaint on file herein fails to state a claim against Defendant upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

The incident alleged in the Complaint, and the resulting damages, if any, to Plaintiff, was proximately caused or contributed to by the Plaintiff's own negligence, and such negligence was greater than the negligence, if any, of Defendants, and/or Defendant are entitled to an offset for the negligence of Plaintiff if such negligence was less than that of Defendants.

**THIRD AFFIRMATIVE DEFENSE**

Defendant alleges that Plaintiff has failed to mitigate her damages, if any.

**FOURTH AFFIRMATIVE DEFENSE**

The occurrences referred to in the Complaint, and all damages, if any, resulting there from, were caused by the acts or omissions of third parties over whom this answering Defendant had no control.

**FIFTH AFFIRMATIVE DEFENSE**

Attorney's fees are only recoverable through contract or by statute and are not recoverable as damages in a lawsuit for personal injury damages. Plaintiff's claims for attorney's fees and costs as alleged in Plaintiff's Complaint are not recoverable herein and have

been improperly pled in Plaintiff's Complaint. Defendant specifically reserve the right to have Plaintiff's improperly pled claim for attorney's fees dismissed prior to trial.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

An unforeseeable incapacity/sudden emergency as a bar to liability in negligence are based upon the principle that one is not negligent if an unforeseeable occurrence or sudden emergency causes an accident and/or injury.

### EIGHTH AFFIRMATIVE DEFENSE

If any damages are awarded to Plaintiff, they should be apportioned among the Defendant according to their percentage of liability and/or among the various accidents and/or pre-existing conditions.

### NINTH AFFIRMATIVE DEFENSE

Defendant is not joint and severally liable and is only severally liable, if liable at all.

### TENTH AFFIRMATIVE DEFENSE

Any hazard alleged is trivial.

### ELEVENTH AFFIRMATIVE DEFENSE

Any hazard defect was open and obvious.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff does not have a ripe cause of action.

### THIRTEENTH AFFIRMATIVE DEFENSE

If any hazard or danger existed to Plaintiff for which Defendant would be responsible, Plaintiff knew of the danger or hazard and her own unreasonable conduct was the cause of any injury, be it due to a hazardous, ultra-hazardous activity or condition or otherwise.

5

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

### FOURTEENTH AFFIRMATIVE DEFENSE

All of the risks and dangers involved in the factual situation described in the Complaint were open, obvious and known to Plaintiff, and by reason thereof, Plaintiff assumed such risks and dangers incident thereto.

### FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred and/or diminished by the doctrines of consent, waiver, laches, estoppel and/or unclean hands.

### SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's own unreasonable conduct constitutes the sole or majority of the cause for his alleged injuries.

### SEVENTEENTH AFFIRMATIVE DEFENSE

The occurrences referred to in the Complaint, and all damages, if any, resulting there from, were caused by the acts or omissions of co-Defendants, unnamed Defendants, non-parties or third parties over whom this answering Defendant had no control.

### EIGHTEENTH AFFIRMATIVE DEFENSE

This Answering Defendants, not being fully advised as to all facts and circumstances surrounding the incident complained of, hereby assert and reserve unto themselves the defenses of accord and satisfaction, arbitration and award, discharged and bankruptcy, duress, failure of consideration, fraud, illegality, injury by fellow servant, laches, lack of notice, license, permit, consent, payment, release res judicata, statute of frauds, and other contract defenses including but not limited to failure of contract formation, absence of privity, Plaintiff's lack of standing, absence, lack or failure of consideration, illusory promises, absence of mutual assent, mutual mistake and/or unilateral mistake wherein Plaintiff was aware of the mistake, misrepresentation and/or fraud, failure to perform, unconscionability, improper delegation of duties and/or

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

assignment of rights, nonoccurrence of condition precedent, excuse, and discharge by performance, impossibility, impracticability, frustration, illegality, recision, modification, novation, release, cancellation, substituted contract, account stated, lapse, operation of law including but not limited to running of the statute of limitations, and/or occurrence of condition subsequent, consent of the Plaintiffs, that Plaintiffs have granted Defendants' an easement either expressly or implied in fact, that the conditions complained of were so open and obvious that Plaintiffs or their predecessors in interest consented to them, that any damages claimed by Plaintiffs are the fault of underlying contractors, construction companies, developers or laborers over whom Defendant had no control or authority and any other matter constituting an avoidance or affirmative defense which the further investigation of this matter may prove applicable herein.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to plead special damages with specificity as required by NRCP 9(g) and therefore such damages are subject to dismissal

### TWENTYETH AFFIRMATIVE DEFENSE

Plaintiffs have failed to plead any acts or omissions of this answering Defendant sufficient to warrant consideration of punitive damages.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

That Plaintiffs have failed to plead an intentional act required for punitive damages.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

That Defendant has committed no act of oppression, fraud, or malice and punitive damages are therefore not recoverable in this case.

///

///

7

## TWENTY-THIRD AFFIRMATIVE DEFENSE

That an award of punitive damages would violate the United States and Nevada Constitutions and are therefore not recoverable in this case.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that recovery of unlimited punitive or exemplary damages is barred because N.R.S. Chapter 42, as amended, deny Defendant equal protection of the law under Article Four, Section Twenty of the Nevada Constitution, and the Fourteenth Amendment to the United States Constitution.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that any award of punitive or exemplary damages in this action is barred as excessive, as the product of bias or passion and/or by proceedings lacking sufficient guidelines and/or the basic elements of fundamental fairness, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and Article One, Section Eight, of the Nevada Constitution.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Pursuant to NRCP Rule 11, as amended, all possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of this answering Defendants' Answer and, therefore, Defendant reserves the right to amend her Answer to allege additional affirmative defenses or withdraw certain affirmative defenses if subsequent investigation warrants.

## PRAYER FOR RELIEF

WHEREFORE, this answering Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by way of her Complaint on file herein;

2.    That Plaintiff's Complaint be dismissed with prejudice;

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

8

1    3.    For reasonable attorney's fees incurred in the defense of this action; and

2    4.    For such other and further relief as the court may deem just and proper.

3    DATED this 4TH day of September, 2024

4                                        **RANALLI ZANIEL FOWLER & MORAN, LLC**

5                                        /s/ *Jason Andrew Fowler, #8071*
                                         _____
6                                        **GEORGE M. RANALLI, ESQ.**
7                                        Nevada Bar No. 5748
                                         2340 W. Horizon Ridge Parkway, Suite 100
8                                        Henderson, Nevada 89052
                                         Attorneys for Defendants

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. Horizon Ridge Parkway, Suite 100*
*Henderson, Nevada 89052*
*Telephone: (702) 477-7774 Fax: (702) 477-7778*

1

## <u>CERTIFICATE OF SERVICE</u>

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of **RANALLI ZANIEL FOWLER & MORAN, LLC**, and that on the 4th day of September, 2024, I caused the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S COMPLAINT** to be served as follows:

[ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]    pursuant to EDCR 7.26, by sending it via facsimile  (w/out attachments); and/or

[ ]    by hand delivery to the parties listed below; and/or

[X]    pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Lawrence C. Hill, Esq.
Sean P. O'Callaghan, Esq.
Armita Hashemi, Esq.
**LAWRENCE C. HILL & ASSOCIATES, LTD.**
2020 W. Sunset Road
Henderson, Nevada  89014
Attorneys for Plaintiff
**VIA ELECTRONIC SERVICE**

/s/ *Donna Hicks*
_____
**An EMPLOYEE OF**
**RANALLI ZANIEL FOWLER & MORAN, LLC**

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

# EXHIBIT G

Electronically Filed
9/4/2024 8:24 PM
Steven D. Grierson
CLERK OF THE COURT

1   **DMJT**
    **GEORGE M. RANALLI, ESQ.**
2   Nevada Bar No. 5748
    **RANALLI ZANIEL FOWLER & MORAN, LLC**
3   2340 W. Horizon Ridge Parkway, Suite 100
    Henderson, Nevada 89052
4   Telephone: (702) 477-7774
    Facsimile: (702) 477-7778
5   ranalliservice@ranallilawyers.com
    *Attorneys for Defendants*

6

                            **DISTRICT COURT**
7
                        **CLARK COUNTY, NEVADA**
8

SUE ANNE WHEELER, an Individual;          )
9                                         ) CASE NO.:  A-24-898169-C
                                          ) DEPT NO.:  17
10              Plaintiff,                 )
                                          )
11        vs.                             )
                                          )
12   WALGREEN CO., a foreign Corporation; )
     d/b/a WALGREENS; JOHN DOE, an        )
13   Individual and Employee of WALGREENS )
     CO., DOES II through X, and ROE      )
14   BUSINESS ENTITIES XI through XX,      )
     inclusive,                           )
15                                        )
                Defendants.               )
16   _____ )

17              **DEMAND FOR JURY TRIAL**

18          Defendant, WALGREEN CO., by and through its attorney of record, GEORGE M.

19   RANALLI, ESQ., with the law firm of RANALLI ZANIEL FOWLER & MORAN, LLC,

20   hereby demands a jury

21   ///

22   ///

23   ///

24   ///

                            1

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1    trial of all of the issues in the above-entitled matter.

2         DATED this 4TH day of September, 2024

3                      **RANALLI ZANIEL FOWLER & MORAN, LLC**

4                      /s/ *Jason Andrew Fowler, #8071*

5                   _____
                  **GEORGE M. RANALLI, ESQ.**

6                      Nevada Bar No. 5748
                  2340 W. Horizon Ridge Parkway, Suite 100

7                      Henderson, Nevada 89052
                  Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

1

## **CERTIFICATE OF SERVICE**

2      Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee

3  of **RANALLI ZANIEL FOWLER & MORAN, LLC**, and that on the 4th day of September,

4  2024, I caused the foregoing **DEMAND FOR JURY TRIAL** to be served as follows:

5  [ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at

6  Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully

7  prepaid; and/or

8  [ ]      pursuant to EDCR 7.26, by sending it via facsimile  (w/out attachments); and/or

9  [ ]      by hand delivery to the parties listed below; and/or

10   [X]      pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via

11  electronic service:

12                    Lawrence C. Hill, Esq.
                    Sean P. O'Callaghan, Esq.
13                    Armita Hashemi, Esq.
        **LAWRENCE C. HILL & ASSOCIATES, LTD.**
14                    2020 W. Sunset Road
                    Henderson, Nevada  89014
15                    Attorneys for Plaintiff
                    **VIA ELECTRONIC SERVICE**
16

17                    /s/ *Donna Hicks*
        _____
18                    **An EMPLOYEE OF**
        **RANALLI ZANIEL FOWLER & MORAN, LLC**

19

20

21

22

23

24

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

3

# EXHIBIT H

Electronically Filed
10/14/2024 2:05 PM
Steven D. Grierson
CLERK OF THE COURT

1  **ANS**
   **GEORGE M. RANALLI, ESQ.**
2  Nevada Bar No. 5748
   **RANALLI ZANIEL FOWLER & MORAN, LLC**
3  2340 W. Horizon Ridge Parkway, Suite 100
   Henderson, Nevada 89052
4  Telephone: (702) 477-7774
   Facsimile: (702) 477-7778
5  ranalliservice@ranallilawyers.com
   *Attorneys for Defendants*

6

7                    **DISTRICT COURT**

8                 **CLARK COUNTY, NEVADA**

   SUE ANNE WHEELER, an Individual;        )
9                                           )  CASE NO.:  A-24-898169-C
                                            )  DEPT NO.:  17
10              Plaintiff,                   )
                                            )
11          vs.                             )
                                            )
12  WALGREEN CO., a foreign Corporation;    )
    d/b/a WALGREENS; JOHN DOE, an          )
13  Individual and Employee of WALGREENS   )
    CO., DOES II through X, and ROE        )
14  BUSINESS ENTITIES XI through XX,       )
    inclusive,                             )
15                                          )
                Defendants.                 )
16  _____)

17      **DEFENDANT'S ANSWER TO PLAINTIFF'S ERRATA COMPLAINT**

18      **COMES NOW,** Defendant, WALGREEN CO., by and through their attorney,

19  GEORGE M. RANALLI, ESQ., of the law offices of RANALLI ZANIEL FOWLER &

20  MORAN, LLC, and for their Answer to Plaintiff's Errata Complaint on file herein admits,

21  denies, and alleges as follows:

22      This answering Defendants denies each and every allegation contained in Plaintiff's

23  Errata Complaint on file herein, save and except for those matters that are expressly addressed

24  hereinafter.

*RANALLI ZANIEL FOWLER & MORAN, LLC*
*2340 W. HORIZON RIDGE PARKWAY, SUITE 100*
*HENDERSON, NEVADA 89052*
*TELEPHONE: (702) 477-7774 FAX: (702) 477-7778*

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

**PARTIES**

1.     Answering Paragraphs 1, 3, 4, 5 and 6 of Plaintiff's Errata Complaint, these answering Defendants states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

2.     Answering Paragraph 2 of Plaintiff's Errata Complaint, this answering Defendant admits, upon information and belief, each and every allegation contained therein.

**JURISDICTION AND VENUE**

3.     Answering Paragraph 7 of Plaintiff's Errata Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

4.     Answering Paragraph 8 of Plaintiff's Errata Complaint, this answering Defendant admits doing business in Clark County, Nevada but states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the remaining allegations contained therein and, therefore, denies the same.

5.     Answering Paragraphs 9, 10 and 11 of Plaintiff's Errata Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

**GENERAL ALLEGATIONS**

6.     Answering Paragraph 12 of Plaintiff's Errata Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

7.    Answering Paragraphs 13, 14, 15, 16 and 17 of Plaintiff's Errata Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

**FIRST CAUSE OF ACTION**
**(Negligence – All Parties)**

8.    Answering Paragraph 18 of Plaintiff's Errata Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

9.    Answering Paragraphs 19, 20, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30 and 31 of Plaintiff's Errata Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

**SECOND CAUSE OF ACTION**
**(Vicarious Liability/Respondeat Superior – Walgreen Co.)**

10.    Answering Paragraph 32 of Plaintiff's Errata Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the same by reference as though fully set forth at length herein.

11.    Answering Paragraphs 33, 34, 35, 36, 37, 38 and 39 of Plaintiff's Errata Complaint, this answering Defendant states it is without sufficient knowledge or information necessary to form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies the same.

**THIRD CAUSE OF ACTION**
**(Negligent Hiring, Training and Supervision – Walgreen Co.)**

12.    Answering Paragraph 40 of Plaintiff's Errata Complaint, this answering Defendant repeats and re-alleges each and every answer to all preceding paragraphs and incorporates the

1    same by reference as though fully set forth at length herein.

2         13.    Answering Paragraphs 41, 42, 43, 44, 45 and 46 of Plaintiff's Errata Complaint,

3    this answering Defendant states it is without sufficient knowledge or information necessary to

4    form a belief as to the truth or falsity of the allegations contained therein and, therefore, denies

5    the same.

### AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

8    Plaintiff's Errata Complaint on file herein fails to state a claim against Defendant upon

9    which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

11   The incident alleged in the Complaint, and the resulting damages, if any, to Plaintiff, was

12   proximately caused or contributed to by the Plaintiff's own negligence, and such negligence was

13   greater than the negligence, if any, of Defendants, and/or Defendant are entitled to an offset for

14   the negligence of Plaintiff if such negligence was less than that of Defendants.

### THIRD AFFIRMATIVE DEFENSE

16   Defendant alleges that Plaintiff has failed to mitigate her damages, if any.

### FOURTH AFFIRMATIVE DEFENSE

18   The occurrences referred to in the Complaint, and all damages, if any, resulting there

19   from, were caused by the acts or omissions of third parties over whom this answering Defendant

20   had no control.

### FIFTH AFFIRMATIVE DEFENSE

22   Attorney's fees are only recoverable through contract or by statute and are not

23   recoverable as damages in a lawsuit for personal injury damages. Plaintiff's claims for

24   attorney's fees and costs as alleged in Plaintiff's Errata Complaint are not recoverable herein

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

and have been improperly pled in Plaintiff's Errata Complaint. Defendant specifically reserve the right to have Plaintiff's improperly pled claim for attorney's fees dismissed prior to trial.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by the applicable statute of limitations.

### SEVENTH AFFIRMATIVE DEFENSE

An unforeseeable incapacity/sudden emergency as a bar to liability in negligence are based upon the principle that one is not negligent if an unforeseeable occurrence or sudden emergency causes an accident and/or injury.

### EIGHTH AFFIRMATIVE DEFENSE

If any damages are awarded to Plaintiff, they should be apportioned among the Defendant according to their percentage of liability and/or among the various accidents and/or pre-existing conditions.

### NINTH AFFIRMATIVE DEFENSE

Defendant is not joint and severally liable and is only severally liable, if liable at all.

### TENTH AFFIRMATIVE DEFENSE

Any hazard alleged is trivial.

### ELEVENTH AFFIRMATIVE DEFENSE

Any hazard defect was open and obvious.

### TWELFTH AFFIRMATIVE DEFENSE

Plaintiff does not have a ripe cause of action.

### THIRTEENTH AFFIRMATIVE DEFENSE

If any hazard or danger existed to Plaintiff for which Defendant would be responsible, Plaintiff knew of the danger or hazard and her own unreasonable conduct was the cause of any injury, be it due to a hazardous, ultra-hazardous activity or condition or otherwise.

5

1

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## FOURTEENTH AFFIRMATIVE DEFENSE

All of the risks and dangers involved in the factual situation described in the Complaint were open, obvious and known to Plaintiff, and by reason thereof, Plaintiff assumed such risks and dangers incident thereto.

## FIFTEENTH AFFIRMATIVE DEFENSE

Plaintiff's action is barred and/or diminished by the doctrines of consent, waiver, laches, estoppel and/or unclean hands.

## SIXTEENTH AFFIRMATIVE DEFENSE

Plaintiff's own unreasonable conduct constitutes the sole or majority of the cause for his alleged injuries.

## SEVENTEENTH AFFIRMATIVE DEFENSE

The occurrences referred to in the Complaint, and all damages, if any, resulting there from, were caused by the acts or omissions of co-Defendants, unnamed Defendants, non-parties or third parties over whom this answering Defendant had no control.

## EIGHTEENTH AFFIRMATIVE DEFENSE

This Answering Defendants, not being fully advised as to all facts and circumstances surrounding the incident complained of, hereby assert and reserve unto themselves the defenses of accord and satisfaction, arbitration and award, discharged and bankruptcy, duress, failure of consideration, fraud, illegality, injury by fellow servant, laches, lack of notice, license, permit, consent, payment, release res judicata, statute of frauds, and other contract defenses including but not limited to failure of contract formation, absence of privity, Plaintiff's lack of standing, absence, lack or failure of consideration, illusory promises, absence of mutual assent, mutual mistake and/or unilateral mistake wherein Plaintiff was aware of the mistake, misrepresentation and/or fraud, failure to perform, unconscionability, improper delegation of duties and/or

6

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

assignment of rights, nonoccurrence of condition precedent, excuse, and discharge by performance, impossibility, impracticability, frustration, illegality, recision, modification, novation, release, cancellation, substituted contract, account stated, lapse, operation of law including but not limited to running of the statute of limitations, and/or occurrence of condition subsequent, consent of the Plaintiffs, that Plaintiffs have granted Defendants' an easement either expressly or implied in fact, that the conditions complained of were so open and obvious that Plaintiffs or their predecessors in interest consented to them, that any damages claimed by Plaintiffs are the fault of underlying contractors, construction companies, developers or laborers over whom Defendant had no control or authority and any other matter constituting an avoidance or affirmative defense which the further investigation of this matter may prove applicable herein.

### NINETEENTH AFFIRMATIVE DEFENSE

Plaintiff has failed to plead special damages with specificity as required by NRCP 9(g) and therefore such damages are subject to dismissal

### TWENTYETH AFFIRMATIVE DEFENSE

Plaintiffs have failed to plead any acts or omissions of this answering Defendant sufficient to warrant consideration of punitive damages.

### TWENTY-FIRST AFFIRMATIVE DEFENSE

That Plaintiffs have failed to plead an intentional act required for punitive damages.

### TWENTY-SECOND AFFIRMATIVE DEFENSE

That Defendant has committed no act of oppression, fraud, or malice and punitive damages are therefore not recoverable in this case.

///

///

7

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## TWENTY-THIRD AFFIRMATIVE DEFENSE

That an award of punitive damages would violate the United States and Nevada Constitutions and are therefore not recoverable in this case.

## TWENTY-FOURTH AFFIRMATIVE DEFENSE

Defendant alleges that recovery of unlimited punitive or exemplary damages is barred because N.R.S. Chapter 42, as amended, deny Defendant equal protection of the law under Article Four, Section Twenty of the Nevada Constitution, and the Fourteenth Amendment to the United States Constitution.

## TWENTY-FIFTH AFFIRMATIVE DEFENSE

Defendant alleges that any award of punitive or exemplary damages in this action is barred as excessive, as the product of bias or passion and/or by proceedings lacking sufficient guidelines and/or the basic elements of fundamental fairness, under the Due Process Clause of the Fourteenth Amendment to the United States Constitution, and Article One, Section Eight, of the Nevada Constitution.

## TWENTY-SIXTH AFFIRMATIVE DEFENSE

Pursuant to NRCP Rule 11, as amended, all possible affirmative defenses may not have been alleged herein, insofar as sufficient facts were not available after reasonable inquiry upon the filing of this answering Defendants' Answer and, therefore, Defendant reserves the right to amend her Answer to allege additional affirmative defenses or withdraw certain affirmative defenses if subsequent investigation warrants.

## PRAYER FOR RELIEF

WHEREFORE, this answering Defendant prays for judgment as follows:

1.    That Plaintiff takes nothing by way of her Errata Complaint on file herein;

2.    That Plaintiff's Errata Complaint be dismissed with prejudice;

3.    For reasonable attorney's fees incurred in the defense of this action; and

4.    For such other and further relief as the court may deem just and proper.

DATED this 14TH day of October, 2024

                                        **RANALLI ZANIEL FOWLER & MORAN, LLC**

                                        /s/ *Jason Andrew Fowler, #8071*
                                        _____
                                        **GEORGE M. RANALLI, ESQ.**
                                        Nevada Bar No. 5748
                                        2340 W. Horizon Ridge Parkway, Suite 100
                                        Henderson, Nevada 89052
                                        Attorneys for Defendants

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

## CERTIFICATE OF SERVICE

Pursuant to Nevada Rules of Civil Procedure 5(b), I hereby certify that I am an employee of **RANALLI ZANIEL FOWLER & MORAN, LLC**, and that on the 14th day of October, 2024, I caused the foregoing **DEFENDANTS' ANSWER TO PLAINTIFF'S ERRATA COMPLAINT** to be served as follows:

[ ] by placing a true and correct copy of the same to be deposited for mailing in the US Mail at Henderson, Nevada, enclosed in a sealed envelope upon which first class postage was fully prepaid; and/or

[ ]    pursuant to EDCR 7.26, by sending it via facsimile  (w/out attachments); and/or

[ ]    by hand delivery to the parties listed below; and/or

[X]    pursuant to N.E.F.C.R. Rule 9 and Administrative Order 14-2, by sending it via electronic service:

Lawrence C. Hill, Esq.
Sean P. O'Callaghan, Esq.
Armita Hashemi, Esq.
**LAWRENCE C. HILL & ASSOCIATES, LTD.**
2020 W. Sunset Road
Henderson, Nevada  89014
Attorneys for Plaintiff
**VIA ELECTRONIC SERVICE**

/s/ *Donna Hicks*
_____
**An EMPLOYEE OF
RANALLI ZANIEL FOWLER & MORAN, LLC**

RANALLI ZANIEL FOWLER & MORAN, LLC
2340 W. HORIZON RIDGE PARKWAY, SUITE 100
HENDERSON, NEVADA 89052
TELEPHONE: (702) 477-7774 FAX: (702) 477-7778

# EXHIBIT I

Electronically Filed
9/24/2024 11:06 AM
Steven D. Grierson
CLERK OF THE COURT

1

**ABREA**

2   Lawrence C. Hill, Esq.
Nevada Bar No. 11989

3   Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447

4   Armita Hashemi, Esq.

5   Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES

6   2020 W. Sunset Road

7   Henderson, Nevada 89014
Tel: (702) 530-5688

8   Fax: (702) 666-9109
Info@LVLegalHelp.com

9   *Attorneys for Plaintiff*
Sue Wheeler

10

11              **EIGHTH JUDICIAL DISTRICT COURT OF NEVADA**

12                        **CLARK COUNTY, NEVADA**

13

14   SUE ANNE WHEELER, an individual;        Case No.:  A-24-898169-C

15              Plaintiff,                   Dept. No.:  17

16        vs.

17   WALGREEN CO., a foreign corporation d/b/a    **REQUEST FOR EXEMPTION FROM**
WALGREENS; JOHN DOE, an individual and    **ARBITRATION**
18   employee of WALGREEN CO.; DOES II
through X; and ROE BUSINESS ENTITIES XI
19   through XX, inclusive

20              Defendants.

21

22          Plaintiff, , by and through their attorneys of record Lawrence C. Hill, Esq., Sean P.

23   O'Callaghan, Esq., and Armita Hashemi, Esq., of LAWRENCE C. HILL & ASSOCIATES,

24   hereby requests the above-entitled matter be exempted from the Court Annexed Arbitration

25   Program pursuant to Nevada Arbitration Rule 5.

26          This matter qualifies for exemption under NAR 5(b) as follows:

27

28

1.    _____ presents a significant issue of public policy;

2.    __X__ involves an amount in excess of $50,000 per Plaintiff, exclusive of interest and costs;

3.    _____ presents unusual circumstances which constitute good cause for removal from the program.

## I.    SUMMARY OF FACTS

PER ADR RULES, INSERT:  *A specific summary of the facts which supports Plaintiff's contention for exemption is as follows:* This case arises from an incident which occurred on 07/28/2022 at a Walgreens store located at 4895 Boulder Hwy, Las Vegas, NV, 89121. On this date, Plaintiff (an 80-year-old patron of the store) was forcibly struck by a sturdy steel overstock cart operated by a Walgreens Company employee (Defendant DOE) and pushed to the ground. Plaintiff left the premises of the store in extreme pain, leaving behind a "blood trail" **(See LVMPD CAD Notes attached herein as Exhibit "A")**. LVMPD was called to conduct a welfare check, and arrived to Plaintiff's home to find her "badly injured". As a result of this incident, Plaintiff experienced dizziness, extreme blood loss, disorientation, back pain, leg pain, arm pain, foot pain, and more. Plaintiff sought treatment for her injuries, with her hospital bill alone totaling over $375,000.00 **(See Billing from Henderson Hospital attached herein as Exhibit "B")**. A summary of Plaintiff's medical expenses can be found below:

| PROVIDER | DATE(S) OF SERVICE | CHARGES |
|---|---|---|
| Southwest Medical Associates Home Health | 7/31/2022 – 4/16/2023 | $9,992.66 |
| Shadow Emergency Physicians | 9/30/2022 – 2/5/2023 | $3,942.00 |
| Primary Care 2 U | 8/8/2022 | $1,200.00 |
| Henderson Hospital Medical Center | 9/5/2022 – 5/5/2023 | $376,382.00 |
| Las Vegas Foot and Ankle Center | 8/3/2022 – 2/28/2024 | $7,216.21 |
| Southwest Medical Associates | 9/3/2022 – 5/12/2023 | $8,247.06 |
|  | **TOTAL** | **$406,979.93** |
| Future Medical Expenses |  | To be determined at the time of trial |
| Past Loss of Household Services |  | To be determined at the time of trial |

| | | |
|---|---|---|
| Future Loss of Household Services | | To be determined at the time of trial |
| Past Wage Loss | | To be determined at the time of trial |
| Loss of Earning Capacity | | To be determined at the time of trial |
| Disability | | To be determined at the time of trial |
| Loss of work-life expectancy | | To be determined at the time of trial |
| Hedonic damages and any other special damages | | To be determined at the time of trial |
| Past pain and suffering | | To be determined at the time of trial |
| Future pain and suffering | | To be determined at the time of trial |

## II.    LEGAL ARGUMENT

Pursuant to Rule 3 of the Nevada Arbitration Rules, this matter is exempt from the mandatory arbitration program. The subject case presents a basis for exemption from the mandatory arbitration program ("the program"), pursuant to Rule 3 of the Nevada Arbitration Rules, which provides that a case is <u>not</u> subject to the program if (1) the case presents an amount-in-controversy in excess of $50,000.00 per plaintiff, (2) if the action presents a significant matter of public policy, or (3) if the action presents unusual circumstances that constitute good cause for removal from the program.

### A.    The case presents an amount-in-controversy in excess of $50,000.00.

This case presents an amount-in-controversy beyond the $50,000.00 threshold established by N.A.R. 3. The current special damages of Plaintiff, as detailed above, exceed (or are likely to exceed) the $50,000 threshold for exemption from the program – not even accounting for Plaintiff's general damages. Given the pain and suffering Plaintiff has already endured as a result

LAWRENCE C. HILL & ASSOCIATES, LTD.

3

1  of her injuries, his general damages and current special damages are, at this time alone, sufficient

2  to justify a jury award well in excess of $50,000.00.

3  ### III.    CONCLUSION

4  In consideration of the foregoing facts and arguments, Plaintiff requests this case be

5  exempted from arbitration, particularly as this case presents damages in an amount well beyond

6

7  the statutory threshold for removal from the arbitration program and unusual circumstances

8  constituting good cause for removal.

9  ///

10  ///

11  ///

12  ///

13  ///

14  ///

15  ///

16  ///

17  ///

18  ///

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28



LAWRENCE C. HILL
& ASSOCIATES, LTD.

4

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**CERTIFICATION**

I hereby certify pursuant to NRCP 11 this case to be within the exemption(s) marked above and I am aware of the sanctions which may be imposed against any attorney or party who without good cause or justification attempts to remove a case from the arbitration program.

I further certify pursuant to NRS Chapter 239B and NRS603A.040 that this document and any attachments thereto do not contain personal information including, without limitation, home address/phone number, social security number, driver's license number or identification card number, account number, PIN numbers, credit card number or debit card number, in combination with any required security code, access code or password that would permit access to the person's financial account.

Dated: September 24, 2024

LAWRENCE C. HILL & ASSOCIATES

Sean P. O'Callaghan, Esq.
Nevada Bar No. 15447
Lawrence C. Hill, Esq.
Nevada Bar No. 11989
Armita Hashemi, Esq.
Nevada Bar No. 16250
LAWRENCE C. HILL & ASSOCIATES
2020 W. Sunset Road
Henderson, Nevada 89014
Tel: (702) 530-5688
Fax: (702) 666-9109
Info@LVLegalHelp.com
*Attorneys for Plaintiff*
Sue Wheeler

5

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on September 24, 2024, I served a copy of the foregoing:  **REQUEST FOR EXEMPTION FROM ARBITRATION** as indicated below:

    \_\_\_\_ By first class mail, postage prepaid from Las Vegas, Nevada pursuant to N.R.C.P. 5(b) addressed as follows below
    \_\_\_\_ By facsimile, pursuant to E.D.C.R. 7.26 (as amended)
    \_\_\_\_ By receipt of copy as indicated below
    \_X\_ Via Electronic Service Pursuant to Administrative Order 14-2, effective June 1, 2014
    (Note:  *All parties not registered pursuant to Administrative Order 14-2 have been served via mail*)

GEORGE M. RANALLI, ESQ.
RANALLI ZANIEL FOWLER & MORAN, LLC
Nevada Bar No. 5748
2340 W. Horizon Ridge Parkway, Suite 100
Henderson, Nevada 89052
Attorneys for Defendants

*/s/ Dawson Ferrell-Walker*
_____
An employee of LAWRENCE C. HILL & ASSOCIATES

LAWRENCE C. HILL & ASSOCIATES, LTD.

6

# "EXHIBIT A"



# "EXHIBIT A"





**LVMPD - COMMUNICATION CENTER**
**EVENT SEARCH**

| EVT | LLV220700110390 | TYPE | 439 | PRI | 1 |
|---|---|---|---|---|---|
| LOC | | BLDG | | APT | |
| ADDR | ▮▮▮▮▮▮ | XST | ▮▮▮▮▮▮ | CITY / SD | ▮▮▮▮▮▮ |
| CADD | ▮▮▮▮▮▮ / WALGREENS | CNAM | ▮▮▮▮▮▮ | CPHONE | ▮▮▮▮▮▮ |
| MAP | 2731-33 | S/B | J3 | SRA | |
| P/U | 2J7 | OFF1 | G16411V | OFF2 | |
| DATE | 2022-07-28 | INIT | 12:50:09 | AREA | SE |
| 911 | Y | CLSE | 14:33:32 | DISP | L |

| 12:50:09 | INC CREATE | | Initiated By C15682 | | C113 | C15682 |
|---|---|---|---|---|---|---|
| 12:50:09 | PER INFO | | Person 1 Added: WILSON, SHAKELA  Role: Initial Caller | | C113 | C15682 |
| 12:50:09 | CM | | XFER F/ FD - REQ'G WELF CHK ON CUST / FEM 80YO, CUT HER FOOT  OVERSTOCK CART WAS BLEEDING A LOT -  LEFT GRN POSS '01 MAZDA PROTEGE 138UPA / NV - FEM / "DR. WHEELER" PH#▮▮ ▮▮▮▮▮▮ | | C113 | 15682 |
| 12:50:14 | CM | | Pers 1|WILSON, SHAKELA: MGR | | C113 | 15682 |
| 12:50:17 | PER INFO | | Person 1 Updated: Role_From: INITIAL CALLER, Role_To: EMPLOYEE,INITIAL CALLER; | | C113 | C15682 |
| 12:51:05 | CM | | FD REQ'G TO RUN PLT TO GET ADDR TO DO WELF CHK SINCE CUST WANTED TO GO HOME RIGHT AWA - PER PLT ADDR/▮▮▮▮▮▮ (J3) | | C113 | 15682 |
| 12:51:18 | INC UPDT | | Beat   From: H2  To: J3 | | C113 | C15682 |
| 12:51:18 | INC UPDT | | Sector   From: H  To: J | | C113 | C15682 |
| 12:51:18 | INC UPDT | | CrossStreet   From: ▮▮▮▮▮▮  ▮▮▮▮▮▮ | | C113 | C15682 |
| 12:51:18 | INC UPDT | | HighCrossStreetNumber  From: 4900  To: 5200 | | C113 | C15682 |
| 12:51:18 | INC UPDT | | Latitude   From: 36.115290  To: 36.124843 | | C113 | C15682 |
| 12:51:18 | INC UPDT | | Location   From: 4895 BOULDER HWY  To:▮▮▮▮▮▮ | | C113 | C15682 |
| 12:51:18 | INC UPDT | | LocationName  From: WALGREEN DRUG  To: | | C113 | C15682 |
| 12:51:18 | INC UPDT | | Longitude   From: -115.066223  To: | | C113 | C15682 |
| 12:51:18 | INC UPDT | | LowCrossStreetNumber  From: 3700  To:▮▮ | | C113 | C15682 |
| 12:51:18 | INC UPDT | | ValidationLevelAdditional  From:  To: Centerline Lvl | | C113 | C15682 |
| 12:51:18 | INC UPDT | | ZipCode  From: 89121  To: 89122 | | C113 | C15682 |
| 12:52:15 | PER INFO | | Person 1 Updated: Address  From: 4895 BOULDER HWY / WALGREENS | | C113 | C15682 |
| 12:54:16 | CM | | PLT RETS '99 MAZDA EXP/ 091422  - RO/ WHEELER, SUE  ADDR/ 3560 HALEAKALA DR   (J3) | | C113 | 15682 |
| 12:54:59 | CM | | FD ADVD TO RECALL IF PATIENT IS LOC'D | | C113 | 15682 |
| 12:55:45 | VEH INFO | | License Plate:▮▮▮▮  License State: NV  License Plate Year: 0 | | C113 | C15682 |
| 12:59:23 | AS | 2J7 | ▮▮▮▮▮▮ | | C021 | 18589 |
| 12:59:23 | AS | 2J8 | ▮▮▮▮▮▮ | | C021 | 18589 |
| 12:59:23 | PRIM UNIT | | Primary:  From:  To: LV/2J7 | | C021 | CE18589C |
| 12:59:23 | DPTCH | | LV/2J7 (Officers: LV/Villanueva Gabriel) | | C021 | CE18589C |
| 12:59:23 | INC STAT | | IncStatName  From: Pending  To: Active | | C021 | CE18589C |
| 12:59:23 | DPTCH | | LV/2J8 (Officers: LV/Wolden Brandon) | | C021 | CE18589C |
| 12:59:27 | ER | 2J8 | ▮▮▮▮▮▮ | | M0244 | B16458W |
| 12:59:41 | ER | 2J7 | ▮▮▮▮▮▮ | | C021 | 18589 |
| 13:03:10 | CM | | ON REC PR ANS'D ADVD WAS TRYING TO GET A HOLD OF NBR & BF ADVD WAS BADLY INJURED SOUNDED A BIT OVERWHELMED BUT WAS REF'G POLICE OR MEDICAL ASSISTANCE | | C113 | 15682 |
| 13:04:07 | CM | | PR DID SOUND A BIT FRANTIC ABOUT BEING INJ'D - STILL REQ'G SOMEONE TO CHK ON FEM  - FEM DISC'D ON CALLTAKER BUT DID CONF WAS AT HOME AT ABV | | C113 | 15682 |
| 13:11:26 | AR | 2J7 | ▮▮▮▮▮▮ | | M0163 | G16411V |
| 13:11:26 | AR | 2J8 | ▮▮▮▮▮▮ | | M0244 | B16458W |



**LVMPD - COMMUNICATION CENTER**
**EVENT SEARCH**

| 13:12:52 | CM | | 2J8  BLOD TRAIL TO RES   NEG CRED  REQ MED TO EXP | C021 | 18589 |
|---|---|---|---|---|---|
| 13:13:09 | CM | | 2J8  OUT C4 OUT W/FEM | C021 | 18589 |
| 13:14:12 | CM | | MED ADV'D | C021 | 18589 |
| 14:13:28 | CM | | 2J7 C4 | C021 | 18589 |
| 14:31:41 | AR | 2J7 | ██████████ | C021 | 18589 |
| 14:33:32 | CL | 2J8 | | M0244 | B16458W |
| 14:33:32 | INC UPDT | | Dispo:  From:   To: L | M0244 | 16458 |
| 14:33:32 | INC UPDT | | DispoFields  From:   To: L | M0244 | 16458 |
| 14:33:32 | INC UPDT | | UnitIDFields   From:   To: LV/2J8 | M0244 | 16458 |
| 14:33:32 | INC STAT | | IncStatName  From: Active  To: Closed | M0244 | 16458 |

# "EXHIBIT B"



# "EXHIBIT B"



| HCI # | 1 | 1 | HENDERSON HOSPITAL 1150 W.GALLERIA BLVD HENDERSON,NV 702 963-7000 FEI # | | | | PAGE NO. 1 |
|---|---|---|---|---|---|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE INS. | 09/05/22 | |

89011-4806
BIRTH-DATE     HOSP.NO.

| U | R | PATIENT   NAME | | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | 79 | 08/23/22 | | | |

| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| | | 1 | | | | |

AMOUNT OF PAYMENT     $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 08/23 | 45403409 001 11043 DEBRIDE MUSCLE/FASCIA<=20CM | | 4008.00 | 4008.00 | | | | |
| 08/30 | 45403383 001 11042 DEBRIDE SUBQ TISSUE<=20CM | | 1827.00 | 1827.00 | | | | |
| | SUMMARY OF CURRENT CHARGES OTH TREATMENT RM | | 5835.00 | 5835.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 5835.00 | 5835.00 | | | | |
| | EMPLOYER INFORMATION: RETIRED | | | | | | | |
| | DIAGNOSIS: | S81.801A S81.801A | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| TOTALS | | | 5835.00 | 5835.00 | | | | |
|---|---|---|---|---|---|---|---|---|

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

HENDERSON HOSPITAL
HENDERSON,NV

| HCI # | 1 | 1 | | | | | | | HENDERSON HOSPITAL | | | | PAGE NO. 1 |

HENDERSON HOSPITAL
1150 W.GALLERIA BLVD
HENDERSON,NV
89011-4806

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE | 11/05/22 | |
| INS. | | |

702 963-7000
FEI #

BIRTH-DATE  HOSP.NO.

| U R | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| | WHEELER ,SUE A | | F | 79 | 09/06/22 | | | |

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

C.O.B 1

INSURANCE COMPANY NAME / GROUP NUMBER / POLICY NUMBER

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 09/27 | 78469756 001 Q4102 OASIS WOUND MATRIX PER 1 SQCM | | 980.00 | 980.00 | | | | |
| 09/06 | 45403383 001 11042 DEBRIDE SUBQ TISSUE<=20CM | | 1827.00 | 1827.00 | | | | |
| 09/13 | 45403383 001 11042 DEBRIDE SUBQ TISSUE<=20CM | | 1827.00 | 1827.00 | | | | |
| 09/20 | 45403383 001 11042 DEBRIDE SUBQ TISSUE<=20CM | | 1827.00 | 1827.00 | | | | |
| 09/27 | 45404191 001 C5271 SKIN SUB LOW COST T/A/LEG 25CM | | 2776.00 | 2776.00 | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | PHARMACY | | 980.00 | 980.00 | | | | |
| | OTH TREATMENT RM | | 8257.00 | 8257.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 9237.00 | 9237.00 | | | | |
| | EMPLOYER INFORMATION: RETIRED | | | | | | | |
| | DIAGNOSIS: | S81.801A S81.801A | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| TOTALS | | | 9237.00 | 9237.00 | | | | |

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON,NV

Page 1 of 1





HCI #

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000
FEI # 811112022

89011-4806

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 10/11/22 | |
| INS. | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 09/30/22 | 10/04/22 | 4 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| | 1 | | | | |

ASIF ZEESHAN

| | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 10/03 | 05010103 012 | | | | | | | |
| | SITTER HRS STAT ONLY HHN | | | | | | | |
| 10/03 | 05010103 012 | | | | | | | |
| | SITTER HRS STAT ONLY HHN | | | | | | | |
| 10/04 | 05010103 010 | | | | | | | |
| | SITTER HRS STAT ONLY HHN | | | | | | | |
| 09/30 | 54358510 001 | | | | | | | |
| | ETHANOL 62% NASAL 0.6ML | | | | | | | |
| 10/01 | 54358510 001 | | | | | | | |
| | ETHANOL 62% NASAL 0.6ML | | | | | | | |
| 10/02 | 54358510 001 | | | | | | | |
| | ETHANOL 62% NASAL 0.6ML | | | | | | | |
| 09/30 | 51000081 001 | | 1651.00 | 1651.00 | | | | |
| | CMP PANEL | 300 | | | | | | |
| 09/30 | 51009041 001 | | 681.00 | 681.00 | | | | |
| | TROPONIN QUANT | 301 | | | | | | |
| 09/30 | 51009041 001 | | 681.00 | 681.00 | | | | |
| | TROPONIN QUANT | 301 | | | | | | |
| 09/30 | 51009579 001 | | 658.00 | 658.00 | | | | |
| | CBC AUTO W/AUTO DIFF | 305 | | | | | | |
| 09/30 | 51010320 001 | | 535.00 | 535.00 | | | | |
| | PT - PROTHROMBIN TIME | | | | | | | |
| 09/30 | 51010437 001 | | 634.00 | 634.00 | | | | |
| | PTT THROMBOPLASTIN TIME | | | | | | | |
| 09/30 | 51014058 001 | | 419.00 | 419.00 | | | | |
| | RBC AB SCREEN | 300 | | | | | | |
| 09/30 | 51014132 001 | | 300.00 | 300.00 | | | | |
| | ABO | 300 | | | | | | |
| 09/30 | 51014140 001 | | 376.00 | 376.00 | | | | |
| | RH(D) | 300 | | | | | | |
| 09/30 | 51018851 001 | | 101.00 | 101.00 | | | | |
| | SPEC COLL VENOUS VENIPUNCT | 300 | | | | | | |
| 10/01 | 51000057 001 | | 1216.00 | 1216.00 | | | | |
| | BMP | 300 | | | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.



HCI #

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 10/11/22 | |
| INS. | | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000
89011-4806

PAGE NO. 2

HOSP.NO.

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 09/30/22 | 10/04/22 | 4 |

GUAR PH:

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|
| 1 | | | | |

ASIF ZEESHAN

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/01 | 51002012 001 UA AU W/MICRO | 307 | 374.00 | 374.00 | | | | |
| 10/01 | 51003036 001 CALCIFEDIOL VIT D3 | 301 | 930.00 | 930.00 | | | | |
| 10/01 | 51004026 001 VIT B-12/CYANOCOBALAMIN | 301 | 1084.00 | 1084.00 | | | | |
| 10/01 | 51004398 001 FOLIC ACID SERUM | 301 | 915.00 | 915.00 | | | | |
| 10/01 | 51008928 001 TSH THYROID STIM HORMONE | | 1153.00 | 1153.00 | | | | |
| 10/01 | 51009041 001 TROPONIN QUANT | 301 | 681.00 | 681.00 | | | | |
| 10/01 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 658.00 | 658.00 | | | | |
| 10/01 | 51010320 001 PT - PROTHROMBIN TIME | | 535.00 | 535.00 | | | | |
| 10/01 | 51010437 001 PTT THROMBOPLASTIN TIME | | 634.00 | 634.00 | | | | |
| 10/01 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 101.00 | 101.00 | | | | |
| 10/02 | 51000057 001 BMP | 300 | 1216.00 | 1216.00 | | | | |
| 10/02 | 51002012 001 UA AU W/MICRO | 307 | 374.00 | 374.00 | | | | |
| 10/02 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 658.00 | 658.00 | | | | |
| 10/02 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 101.00 | 101.00 | | | | |
| 10/03 | 51000115 001 RENL FUNC PANEL | 300 | 416.00 | 416.00 | | | | |
| 10/03 | 51006203 001 MAGNESIUM | 301 | 502.00 | 502.00 | | | | |
| 10/03 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 658.00 | 658.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|



HCI #

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 10/11/22 | |
| INS. | | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

PAGE NO.
3

89011-4806

HOSP.NO.

| U | E | PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | | F | 79 | 09/30/22 | 10/04/22 | 4 |

GUAR PH:

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

C.O.B: 1

| | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|

ASIF ZEESHAN

AMOUNT OF PAYMENT: $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/03 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 101.00 | 101.00 | | | | |
| 10/04 | 51000115 001 RENL FUNC PANEL | 300 | 416.00 | 416.00 | | | | |
| 10/04 | 51006203 001 MAGNESIUM | 301 | 502.00 | 502.00 | | | | |
| 10/04 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 658.00 | 658.00 | | | | |
| 10/04 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 101.00 | 101.00 | | | | |
| 09/30 | 53202958 001 XR CHEST 1V | | 1494.00 | 1494.00 | | | | |
| 10/01 | 53175279 001 US RENAL | | 3578.00 | 3578.00 | | | | |
| 10/01 | 56006984 001 DEBRIDE SELECT <=20CM;SESSN GP | | 849.00 | 849.00 | | | | |
| 10/01 | 56008956 001 PT EVAL HIGH COMPLEXITY | | 1837.00 | 1837.00 | | | | |
| 10/02 | 56005101 002 PT THERAPEUTIC ACT 15MIN | 420 | 768.00 | 768.00 | | | | |
| 10/02 | 56008956 001 PT EVAL HIGH COMPLEXITY | | 1837.00 | 1837.00 | | | | |
| 10/03 | 56004708 002 PT GAIT TRAINING 15MIN | 420 | 658.00 | 658.00 | | | | |
| 10/03 | 56005101 001 PT THERAPEUTIC ACT 15MIN | 420 | 384.00 | 384.00 | | | | |
| 10/03 | 56006984 001 DEBRIDE SELECT <=20CM;SESSN GP | | 849.00 | 849.00 | | | | |
| 10/04 | 56004708 002 PT GAIT TRAINING 15MIN | 420 | 658.00 | 658.00 | | | | |
| 10/04 | 56005101 001 PT THERAPEUTIC ACT 15MIN | 420 | 384.00 | 384.00 | | | | |
| 09/30 | 43022557 001 3MLEVEL 5 ED W/ PROCEDURES | | 5228.00 | 5228.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY
FOR ANY CHARGES NOT POSTED WHEN THIS STATE-
MENT WAS PREPARED, OR IF INSURANCE CARRIERS
DO NOT PAY ANY PART OF THE AMOUNTS SHOWN
UNDER ESTIMATED INSURANCE COVERAGE.



| HCI # | | | | HENDERSON HOSPITAL 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 FEI # 811112022 | | 89011-4806 | HOSP.NO. |
|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | |
| FINAL | 10/11/22 | | | | | | |
| INS. | | | | | | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 09/30/22 | 10/04/22 | 4 | |

GUAR PH: (702)458-8044

| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | | C.O.B 1 | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|---|
| | | | | ASIF ZEESHAN | | | |

| | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/30 | 43034958 001 ER STATISTICAL CHARGE | | | | | | | |
| 09/30 | 53401709 001 CT BRAIN W/O CON | | 7357.00 | 7357.00 | | | | |
| 09/30 | 53473518 001 CT ABD PELVIS W/O CON | | 15220.00 | 15220.00 | | | | |
| 09/30 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/01 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/01 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/02 | 54015730 001 CEFTRIAXONE INJ PER 250MG | | 2443.00 | 2443.00 | | | | |
| 10/02 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/02 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/03 | 54015730 001 CEFTRIAXONE INJ PER 250MG | | 2443.00 | 2443.00 | | | | |
| 10/03 | 54015730 001 CEFTRIAXONE INJ PER 250MG | | 2443.00- | 2443.00- | | | | |
| 10/03 | 54098652 001 PANTOPRAZOLE 40MG VL | | 1357.00 | 1357.00 | | | | |
| 10/02 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 122.00 | 122.00 | | | | |
| 10/02 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 25.00 | 25.00 | | | | |
| 10/03 | 54014410 001 CEFDINIR 300MG OMNI-PAC CAP | | 184.00 | 184.00 | | | | |
| 10/03 | 54069430 001 PANTOPRAZOLE SOD 40MG TAB | | 161.00 | 161.00 | | | | |
| 10/03 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 122.00 | 122.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL | | | PAGE NO. |
|---|---|---|---|---|---|---|
| | | | 1050 W GALLERIA DR | | | 5 |
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | HENDERSON, NV | | 89011-4806 | |
| FINAL | 10/11/22 | | 702 963-7000 | | | HOSP.NO. |
| INS. | | | FEI # | | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 09/30/22 | 10/04/22 | 4 | |

GUAR PH:

| | | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | | 1 | | | | |

ASIF ZEESHAN

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 10/03 | 54091194 001 TRAZODONE 100MG TAB | | 25.00 | 25.00 | | | | |
| 10/03 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 25.00 | 25.00 | | | | |
| 10/03 | 54326103 001 GABAPENTIN 300MG CAP GN | | 63.00 | 63.00 | | | | |
| 10/04 | 54069430 001 PANTOPRAZOLE SOD 40MG TAB | | 161.00 | 161.00 | | | | |
| 10/04 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 122.00 | 122.00 | | | | |
| 10/04 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 10/04 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 25.00 | 25.00 | | | | |
| 10/04 | 54326103 001 GABAPENTIN 300MG CAP GN | | 63.00 | 63.00 | | | | |
| 09/30 | 53500047 001 EKG TRACING | | 1233.00 | 1233.00 | | | | |
| 09/30 | 62006309 001 ROOM 2211 | | 4202.00 | 4202.00 | | | | |
| 10/01 | 62006309 001 ROOM 2211 | | 4202.00 | 4202.00 | | | | |
| 10/02 | 62006309 001 ROOM 2211 | | 4202.00 | 4202.00 | | | | |
| 10/03 | 62006309 001 ROOM 2211 | | 4202.00 | 4202.00 | | | | |

| T O T A L S | | | 90848.00 | 90848.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|

HENDERSON HOSPITAL
HENDERSON, NV



HCI #

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000
89011-4806

PAGE NO. 6

HOSP.NO.

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 10/11/22 | |
| INS. | | |

| U E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| | WHEELER ,SUE A | | F | 79 | 09/30/22 | 10/04/22 | 4 |

GUAR PH:

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

C.O.B 1

INSURANCE COMPANY NAME / GROUP NUMBER / POLICY NUMBER

ASIF ZEESHAN

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C IP-PVT 4DAYS@ 4202.00 | | 16808.00 | 16808.00 | | | | |
| | PHARMACY | | 10585.00 | 10585.00 | | | | |
| | LABORATORY | | 20020.00 | 20020.00 | | | | |
| | RADIOLOGY | | 1494.00 | 1494.00 | | | | |
| | IMAGING SVC | | 3578.00 | 3578.00 | | | | |
| | PHYSICAL THER | | 8224.00 | 8224.00 | | | | |
| | EMERGENCY ROOM | | 5228.00 | 5228.00 | | | | |
| | CT SCAN | | 22577.00 | 22577.00 | | | | |
| | EKG/ECG | | 1233.00 | 1233.00 | | | | |
| | PHARM OTHER | | 1101.00 | 1101.00 | | | | |
| | SUB-TOTAL OF CHARGES | | 90848.00 | 90848.00 | | | | |

GUAR RELATIONSHIP: S     SEX: F     GUAR NO: 156326754
ACC-DATE: 09/30/22 TYPE: H   TIME: 5:30 AM   PLACE:     EMPL REL: N
DSCH/FINAL DIAGNOSIS: N30.00   ACUTE CYSTITIS WITHOUT HEMATURIA
ADM. DIAGNOSIS: N30.00   ACUTE CYSTITIS WITHOUT HEMATURIA

AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO
UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE

| T O T A L S | 90848.00 | 90848.00 | | | | |

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON, NV





HCI # 1 1

HENDERSON HOSPITAL
1150 W.GALLERIA BLVD
HENDERSON,NV
702 963-7000

89011-4806

PAGE NO. 1

BIRTH-DATE HOSP.NO.

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE | 01/05/23 | |
| INS. | | |

| U R | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| WHEELER ,SUE A | | | F | 79 | 11/01/22 | | | |

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| | 1 | | | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 11/01 | 45403383 001 11042 | | 1827.00- | 1827.00- | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 11/01 | 45403383 001 11042 | | 1827.00 | 1827.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 11/08 | 45403383 001 11042 | | 1827.00 | 1827.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 11/22 | 45403383 001 11042 | | 1827.00 | 1827.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 11/29 | 45400660 001 G0463 | | 1449.00 | 1449.00 | | | | |
| | VISIT EST LEV3 99213 | | | | | | | |
| | | | | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | CLINIC VISIT | | 1449.00 | 1449.00 | | | | |
| | OTH TREATMENT RM | | 3654.00 | 3654.00 | | | | |
| | | | | | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 5103.00 | 5103.00 | | | | |
| | | | | | | | | |
| | EMPLOYER INFORMATION: | | | | | | | |
| | RETIRED | | | | | | | |
| | | | | | | | | |
| | DIAGNOSIS: | L97.812 | | | | | | |
| | | L97.819 | | | | | | |
| | | | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO | | | | | | | |
| | UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| T O T A L S | | | 5103.00 | 5103.00 | | | | |

PATIENT NUMBER PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON,NV



**HENDERSON HOSPITAL**
1150 W.GALLERIA BLVD
HENDERSON,NV
702 963-7000

89011-4806

| HCI # | 1 | 1 |
|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
| CYCLE | 02/05/23 | |
| INS. | | |

BIRTH-DATE   HOSP.NO.

| U R | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| | WHEELER ,SUE A | | F | 79 | 01/03/23 | | | |

| | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | | | | |

AMOUNT OF PAYMENT   $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 01/03 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 01/10 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 01/17 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 01/24 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 01/31 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 01/03 | 45400678 001 G0463 | | 1594.00 | 1594.00 | | | | |
| | VISIT EST LEV3 W PX 99213 | | | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | CLINIC VISIT | | 1594.00 | 1594.00 | | | | |
| | OTH TREATMENT RM | | 10050.00 | 10050.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 11644.00 | 11644.00 | | | | |
| | EMPLOYER INFORMATION: | | | | | | | |
| | RETIRED | | | | | | | |
| | DIAGNOSIS: | I87.2 | | | | | | |
| | | L97.819 | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO | | | | | | | |
| | UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| T O T A L S | | | 11644.00 | 11644.00 | | | | |
|---|---|---|---|---|---|---|---|---|

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|---|

HENDERSON HOSPITAL
HENDERSON,NV



HCI #

| TYPE OF BILL | DATE OF | DATE OF PREV.BILL |
|---|---|---|
| FINAL INP. | 02/22/23 | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

PAGE NO. 1
HOSP.NO.

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|
| 1 | | | | |
| 2 | | | | |

GROSSMAN DYLLEN

AMOUNT OF PAYMENT    $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C IP-PVT    7DAYS@   4622.00 | | 32354.00 | 32354.00 | | | | |
| | PHARMACY | | 51470.00 | 51470.00 | | | | |
| | MED/SURG SUPPLY | | 638.00 | 638.00 | | | | |
| | IV THERAPY | | 2906.00 | 2906.00 | | | | |
| | LABORATORY | | 44562.00 | 44562.00 | | | | |
| | RADIOLOGY | | 3286.00 | 3286.00 | | | | |
| | IMAGING SVC | | 4320.00 | 4320.00 | | | | |
| | PHYSICAL THER | | 11578.00 | 11578.00 | | | | |
| | OCCUPATIONAL THER | | 5084.00 | 5084.00 | | | | |
| | EMERGENCY ROOM | | 5751.00 | 5751.00 | | | | |
| | CARDIOLOGY | | 10878.00 | 10878.00 | | | | |
| | CT SCAN | | 49670.00 | 49670.00 | | | | |
| | EKG/ECG | | 2712.00 | 2712.00 | | | | |
| | OTH TREATMENT RM | | 8109.00 | 8109.00 | | | | |
| | PHARM OTHER | | 2049.00 | 2049.00 | | | | |
| | SUB-TOTAL OF CHARGES | | 235367.00 | 235367.00 | | | | |

GUAR RELATIONSHIP:    S          SEX: F      GUAR NO:    156326754

AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO
UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| TOTALS | | | 235367.00 | | | | | |
| TOTALS | | | | 235367.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | PAY THIS AMOUNT | 0.00 |
|---|---|---|---|---|

HENDERSON HOSPITAL
HENDERSON, NV



HCI #

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INS. | 02/22/23 | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

PAGE NO. 1

HOSP.NO.

| U E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|
| | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|
| 1 | | | | |

GROSSMAN DYLLEN

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 02/05 | 54084314 002 SODIUM BICARB 8.4% 50ML VIAL | | 940.00- | 940.00- | | | | |
| 02/05 | 54084314 002 SODIUM BICARB 8.4% 50ML VIAL | | 940.00 | 940.00 | | | | |
| 02/05 | 54084314 002 SODIUM BICARB 8.4% 50ML VIAL | | 940.00 | 940.00 | | | | |
| 02/05 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/05 | 54117809 001 DOXYCYCLINE/D5W 100MG/100ML PB | | 517.00 | 517.00 | | | | |
| 02/05 | 54117809 001 DOXYCYCLINE/D5W 100MG/100ML PB | | 517.00- | 517.00- | | | | |
| 02/06 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/06 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/06 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/06 | 54117809 001 DOXYCYCLINE/D5W 100MG/100ML PB | | 517.00 | 517.00 | | | | |
| 02/07 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/07 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/07 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/08 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/08 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/08 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/09 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL | | | | | | PAGE NO. 2 | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 | | | | | 89011-4806 | | | |
| FINAL INS. | 02/22/23 | | | | | | | | HOSP.NO. | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER ,SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 | | | |

GUAR PH: (702)458-8044

| | | | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | | | 1 | | | | |
| | | | | | GROSSMAN DYLLEN | | | |

| | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/09 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/10 | 54115142 001 SOD PHOS/NS 15MMOL/100ML | | 372.00 | 372.00 | | | | |
| 02/10 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/10 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/10 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/11 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/11 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/11 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/11 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/12 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/12 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00 | 1828.00 | | | | |
| 02/12 | 54115449 001 METRONIDAZOLE/NS 500MG/100ML | | 1828.00- | 1828.00- | | | | |
| 02/05 | 43810506 001 3MIV INFUSION THER/DX TO 1HR | | 847.00 | 847.00 | | | | |
| 02/05 | 43810514 004 3MIV INFUSE HYDRATE EA ADDL HR | | 580.00 | 580.00 | | | | |
| 02/06 | 43810662 003 3MIV PUSH SAME DRUG EA ADDL | | 1479.00 | 1479.00 | | | | |
| 02/05 | 78327616 001 NACL 0.45 1000ML IV | | 638.00- | 638.00- | | | | |
| 02/05 | 78327616 001 NACL 0.45 1000ML IV | | 638.00 | 638.00 | | | | |

| | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 | | | | | | PAGE NO. 3 |
|---|---|---|---|---|---|---|---|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | | | HOSP.NO. |
|---|---|---|---|---|---|---|---|---|---|
| FINAL INS. | 02/22/23 | | | | | 89011-4806 | | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER ,SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

| | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | | | | |

GROSSMAN DYLLEN

| | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/05 | 78327616 001 NACL 0.45 1000ML IV | | 638.00 | 638.00 | | | | |
| 02/05 | 51000081 001 CMP PANEL | 300 | 1816.00 | 1816.00 | | | | |
| 02/05 | 51000107 001 LIPID PANEL | 300 | 1785.00 | 1785.00 | | | | |
| 02/05 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/05 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/05 | 51002012 001 UA AU W/MICRO | 307 | 411.00 | 411.00 | | | | |
| 02/05 | 51005155 001 HEMOGLOBIN GLYCOSYLATED A1C | | 617.00 | 617.00 | | | | |
| 02/05 | 51005965 001 LACTIC ACID | 301 | 773.00 | 773.00 | | | | |
| 02/05 | 51006112 001 LIPASE | 301 | 677.00 | 677.00 | | | | |
| 02/05 | 51009041 001 TROPONIN QUANT | 301 | 749.00 | 749.00 | | | | |
| 02/05 | 51009041 001 TROPONIN QUANT | 301 | 749.00 | 749.00 | | | | |
| 02/05 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/05 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00- | 1533.00- | | | | |
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00 | 1533.00 | | | | |
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00- | 1533.00- | | | | |
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00 | 1533.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|



| HCI # | | | | HENDERSON HOSPITAL | | | | | | PAGE NO. 4 |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 | | | | 89011-4806 | | HOSP.NO. |
| FINAL | 02/22/23 | | | | | | | | | |
| INS. | | | | | | | | | | |

| U E | PATIENT NAME | | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|---|
| WHEELER ,SUE A | | | | | F | 79 | 02/06/23 | 02/13/23 | 7 | |

GUAR PH:

| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| | | 1 | | | | |
| | | | GROSSMAN DYLLEN | | | |

| | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00 | 1533.00 | | | | |
| 02/05 | 51020410 001 ARD BLOOD CULTURE | 306 | 1533.00 | 1533.00 | | | | |
| 02/05 | 55000541 001 BLOOD GASES | 300 | 1418.00 | 1418.00 | | | | |
| 02/05 | 55000541 001 BLOOD GASES | 300 | 1418.00 | 1418.00 | | | | |
| 02/05 | 55000558 001 BLOOD GASES W/O2 SAT | 300 | 510.00 | 510.00 | | | | |
| 02/05 | 55000558 001 BLOOD GASES W/O2 SAT | 300 | 510.00 | 510.00 | | | | |
| 02/05 | 55000905 001 SODIUM | 300 | 409.00 | 409.00 | | | | |
| 02/05 | 55000913 001 POTASSIUM | 300 | 383.00 | 383.00 | | | | |
| 02/05 | 55000939 001 IONIZED CALCIUM | 300 | 433.00 | 433.00 | | | | |
| 02/05 | 55000954 001 BLOOD COUNT, HEMATOCRIT | 305 | 318.00 | 318.00 | | | | |
| 02/05 | 55000970 001 HEMOGLOBIN | 300 | 327.00 | 327.00 | | | | |
| 02/06 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/06 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/06 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/06 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/06 | 51006112 001 LIPASE | 301 | 677.00 | 677.00 | | | | |
| 02/06 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|---|



HCI #

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INS. | 02/22/23 | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

PAGE NO. 5

HOSP.NO.

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

C.O.B 1

INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER

GROSSMAN DYLLEN

AMOUNT OF PAYMENT  $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/06 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/06 | 51014652 001 CULT PRE ID WOUND | 306 | 1399.00- | 1399.00- | | | | |
| 02/06 | 51014652 001 CULT PRE ID WOUND | 306 | 1399.00 | 1399.00 | | | | |
| 02/06 | 51014652 001 CULT PRE ID WOUND | 306 | 1399.00 | 1399.00 | | | | |
| 02/06 | 51014652 001 CULT PRE ID WOUND | 306 | 1399.00 | 1399.00 | | | | |
| 02/06 | 51014652 001 CULT PRE ID WOUND | 306 | 1399.00 | 1399.00 | | | | |
| 02/06 | 51014686 001 CULT ISO&PRE ID ANEROBE | 306 | 1725.00 | 1725.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|



| HCI # | | | HENDERSON HOSPITAL 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 | | | | | | | PAGE NO. 6 |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | | 89011-4806 | | HOSP.NO. |
| FINAL | 02/22/23 | | | | | | | | | |
| INS. | | | | | | | | | | |

| | PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| U E | WHEELER , SUE A | | | F | 79 | 02/06/23 | 02/13/23 | 7 | |

GUAR PH:

| | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | | | | |
| | | | GROSSMAN DYLLEN | | | |

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00 | 26.00 | | | | |
| 02/06 | 51014710 001 CULT AEROBIC ADDL DEF ID | | 26.00- | 26.00- | | | | |
| 02/06 | 51015303 001 SMEAR GRAM STAIN | 306 | 600.00 | 600.00 | | | | |
| 02/06 | 51015303 001 SMEAR GRAM STAIN | 306 | 600.00 | 600.00 | | | | |
| 02/06 | 51015303 001 SMEAR GRAM STAIN | 306 | 600.00- | 600.00- | | | | |
| 02/06 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|---|



| HCI # | HENDERSON HOSPITAL | | PAGE NO. 7 |
| --- | --- | --- | --- |

1050 W GALLERIA DR
HENDERSON, NV
702 963-7000          89011-4806

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
| --- | --- | --- |
| FINAL INS. | 02/22/23 | |

HOSP.NO.

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
| --- | --- | --- | --- | --- | --- |
| | 1 | | | | |

GROSSMAN DYLLEN

AMOUNT OF PAYMENT   $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 02/07 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/07 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/07 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/07 | 51010387 001 RBC SEDRATE AUTO | 305 | 512.00 | 512.00 | | | | |
| 02/07 | 51010809 001 C-REACTIVE PROTEIN | 302 | 985.00 | 985.00 | | | | |
| 02/07 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/07 | 51032191 001 PROCALCITONIN | | 312.00 | 312.00 | | | | |
| 02/08 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/08 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/08 | 51008050 001 POTASSIUM SERUM | 301 | 406.00 | 406.00 | | | | |
| 02/08 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/08 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/09 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/09 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/09 | 51008050 001 POTASSIUM SERUM | 301 | 406.00 | 406.00 | | | | |
| 02/09 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/09 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
| --- | --- | --- |

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.



HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

| HCI # | | | | | | | | | | PAGE NO. 8 |
|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | | | | HOSP.NO. |
| FINAL INS. | 02/22/23 | | | | | | | | | |

| U E | PATIENT NAME | PATIENT | NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | WHEELER , SUE A | | | F | 79 | 02/06/23 | 02/13/23 | 7 | | |

GUARANTOR ADDRESS: SUE A WHEELER / 3560 HALEAKALA DR / LAS VEGAS NV 89122-3938

C.O.B 1    INSURANCE COMPANY NAME

GROSSMAN DYLLEN

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/10 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/10 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/10 | 51007946 001 PHOSPHORUS INORGANIC | | 462.00 | 462.00 | | | | |
| 02/10 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/10 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/11 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/11 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/11 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/11 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/12 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/12 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/12 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/12 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |
| 02/13 | 51000115 001 RENL FUNC PANEL | 300 | 458.00 | 458.00 | | | | |
| 02/13 | 51006203 001 MAGNESIUM | 301 | 552.00 | 552.00 | | | | |
| 02/13 | 51009579 001 CBC AUTO W/AUTO DIFF | 305 | 724.00 | 724.00 | | | | |
| 02/13 | 51018851 001 SPEC COLL VENOUS VENIPUNCT | 300 | 111.00 | 111.00 | | | | |

PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.



| HCI # | | | HENDERSON HOSPITAL | | | | | | | | PAGE NO. 9 |
|---|---|---|---|---|---|---|---|---|---|---|---|

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV                89011-4806
702 963-7000

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 02/22/23 | |
| INS. | | |

HOSP.NO.

| PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|
| WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY NUMBER |
|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | | |

GROSSMAN DYLLEN

AMOUNT OF $
PAYMENT

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/05 | 53202958 001 XR CHEST 1V | | 1643.00 | 1643.00 | | | | |
| 02/10 | 53202958 001 XR CHEST 1V | | 1643.00 | 1643.00 | | | | |
| 02/07 | 53105607 001 US PELVIS NON OB | | 4320.00 | 4320.00 | | | | |
| 02/06 | 56005101 002 PT THERAPEUTIC ACT 15MIN | 420 | 844.00 | 844.00 | | | | |
| 02/06 | 56008956 001 PT EVAL HIGH COMPLEXITY | | 2021.00 | 2021.00 | | | | |
| 02/07 | 56006984 001 DEBRIDE SELECT <=20CM;SESSN GP | | 934.00 | 934.00 | | | | |
| 02/07 | 56008956 001 PT EVAL HIGH COMPLEXITY | | 2021.00 | 2021.00 | | | | |
| 02/08 | 56004708 001 PT GAIT TRAINING 15MIN | 420 | 362.00 | 362.00 | | | | |
| 02/08 | 56005101 002 PT THERAPEUTIC ACT 15MIN | 420 | 844.00 | 844.00 | | | | |
| 02/09 | 56004559 001 PT THERAPEUTIC EXER 15MIN | 420 | 422.00 | 422.00 | | | | |
| 02/09 | 56004708 001 PT GAIT TRAINING 15MIN | 420 | 362.00 | 362.00 | | | | |
| 02/09 | 56005101 001 PT THERAPEUTIC ACT 15MIN | 420 | 422.00 | 422.00 | | | | |
| 02/10 | 56004708 001 PT GAIT TRAINING 15MIN | 420 | 362.00 | 362.00 | | | | |
| 02/10 | 56005101 002 PT THERAPEUTIC ACT 15MIN | 420 | 844.00 | 844.00 | | | | |
| 02/10 | 56006984 001 DEBRIDE SELECT <=20CM;SESSN GP | | 934.00 | 934.00 | | | | |
| 02/11 | 56004708 001 PT GAIT TRAINING 15MIN | 420 | 362.00 | 362.00 | | | | |
| 02/11 | 56005101 002 PT THERAPEUTIC ACT 15MIN | 420 | 844.00 | 844.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL | | | PAGE NO. 11 |
|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | 1050 W GALLERIA DR HENDERSON, NV 702 963-7000 | | 89011-4806 | |
| FINAL | 02/22/23 | | | | | HOSP.NO. |
| INS. | | | | | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 | |

GUAR PH:

| | | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | | | | |
| | | | GROSSMAN DYLLEN | | | |

| | | | AMOUNT OF PAYMENT | $ |
|---|---|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/08 | 54075478 004 POT CHL PER 2MEQ INJ | | 4688.00 | 4688.00 | | | | |
| 02/08 | 54075478 004 POT CHL PER 2MEQ INJ | | 4688.00 | 4688.00 | | | | |
| 02/08 | 54075478 004 POT CHL PER 2MEQ INJ | | 4688.00- | 4688.00- | | | | |
| 02/08 | 54075478 001 POT CHL PER 2MEQ INJ | | 1172.00 | 1172.00 | | | | |
| 02/08 | 54357173 001 CEFTRIAXONE PER 250MG | | 27.00 | 27.00 | | | | |
| 02/09 | 54075478 004 POT CHL PER 2MEQ INJ | | 4688.00 | 4688.00 | | | | |
| 02/09 | 54075478 001 POT CHL PER 2MEQ INJ | | 1172.00 | 1172.00 | | | | |
| 02/09 | 54075478 001 POT CHL PER 2MEQ INJ | | 1172.00 | 1172.00 | | | | |
| 02/09 | 54357173 001 CEFTRIAXONE PER 250MG | | 27.00 | 27.00 | | | | |
| 02/10 | 54357173 001 CEFTRIAXONE PER 250MG | | 27.00 | 27.00 | | | | |
| 02/11 | 54357173 001 CEFTRIAXONE PER 250MG | | 27.00 | 27.00 | | | | |
| 02/06 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/06 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/06 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/06 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/06 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/06 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|---|



| HCI # | | | | HENDERSON HOSPITAL | | | | | | | PAGE NO. 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | 1050 W GALLERIA DR HENDERSON, NV | | | | 89011-4806 | | | HOSP.NO. |
| FINAL | 02/22/23 | | | 702 963-7000 | | | | | | | |
| INS. | | | | | | | | | | | |

| U | E | PATIENT NAME | | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER ,SUE A | | | F | 79 | 02/06/23 | 02/13/23 | 7 | | |

GUAR PH:

| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|
| | | 1 | | | | |
| | | | GROSSMAN DYLLEN | | | |

AMOUNT OF $ PAYMENT

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/07 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/07 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/07 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/07 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/07 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/07 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/08 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/08 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00- | 3.00- | | | | |
| 02/08 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/08 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00- | 3.00- | | | | |
| 02/08 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/08 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/08 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/08 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/08 | 54075353 002 POTASSIUM CL 20MEQ TAB | | 8.00 | 8.00 | | | | |
| 02/08 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/08 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | |
|---|---|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL<br>1050 W GALLERIA DR<br>HENDERSON, NV<br>702 963-7000 | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | | 89011-4806 | | |
| FINAL | 02/22/23 | | | | | | | | |
| INS. | | | | | | | | | |

HOSP.NO.

| U E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|
| WHEELER , SUE A | | | F | 79 | 02/06/23 | 02/13/23 | 7 | |

GUAR PH: ▓

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | 1 | ▓ | | |

GROSSMAN DYLLEN

AMOUNT OF $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/09 | 54006317 001<br>ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/09 | 54006317 001<br>ASPIRIN 81MG TAB EC | | 3.00- | 3.00- | | | | |
| 02/09 | 54028618 001<br>DOCUSATE SOD 100MG CAP | | 3.00 | 3.00 | | | | |
| 02/09 | 54029798 001<br>DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/09 | 54029798 001<br>DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/09 | 54034897 001<br>FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/09 | 54035613 001<br>FLUCONAZOLE 150MG TAB | | 616.00 | 616.00 | | | | |
| 02/09 | 54076914 001<br>PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/09 | 54084173 001<br>SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/09 | 54084173 001<br>SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/09 | 54304191 001<br>METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/10 | 54028618 001<br>DOCUSATE SOD 100MG CAP | | 3.00 | 3.00 | | | | |
| 02/10 | 54028618 001<br>DOCUSATE SOD 100MG CAP | | 3.00 | 3.00 | | | | |
| 02/10 | 54029798 001<br>DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/10 | 54029798 001<br>DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/10 | 54034897 001<br>FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/10 | 54076914 001<br>PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | | | |
|---|---|---|---|---|---|



HCI #

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INS. | 02/22/23 | |

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

PAGE NO. 14

HOSP.NO.

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

C.0.B: 1

INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER

GROSSMAN DYLLEN

AMOUNT OF PAYMENT: $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/10 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/10 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/10 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/11 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/11 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/11 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/11 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/12 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/12 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54029798 001 DOXYCYCLINE HYCLATE 100MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.



HCI #

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

HOSP.NO.

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 02/22/23 | |
| INS. | | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS

SUE A WHEELER

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|
| 1 | | | | |

GROSSMAN DYLLEN

| AMOUNT OF | $ |
|---|---|
| PAYMENT | |

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/12 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/12 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/13 | 54006317 001 ASPIRIN 81MG TAB EC | | 3.00 | 3.00 | | | | |
| 02/13 | 54034897 001 FERROUS SUL 325MG TAB | | 3.00 | 3.00 | | | | |
| 02/13 | 54076914 001 PRAVASTATIN SOD 20MG TAB | | 134.00 | 134.00 | | | | |
| 02/13 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/13 | 54084173 001 SODIUM BICARBONATE 650MG TAB | | 3.00 | 3.00 | | | | |
| 02/13 | 54304191 001 METOPROLOL SUCC 25MG XL TAB | | 28.00 | 28.00 | | | | |
| 02/05 | 53500047 001 EKG TRACING | | 1356.00 | 1356.00 | | | | |
| 02/08 | 53500047 001 EKG TRACING | | 1356.00 | 1356.00 | | | | |
| 02/05 | 43810381 034 3MOBSERVATION PER HOUR | | 6630.00 | 6630.00 | | | | |
| 02/05 | 43810548 001 3MIV PUSH ADDL NEW DRUG | | 493.00 | 493.00 | | | | |
| 02/05 | 61890018 034 OBSERVATION STAT CHARGE | | | | | | | |
| 02/06 | 43810548 002 3MIV PUSH ADDL NEW DRUG | | 986.00 | 986.00 | | | | |
| 02/06 | 61800025 001 ROOM 5220 | | 4622.00 | 4622.00 | | | | |

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED. OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. | |
|---|---|---|---|



| HCI # | | | HENDERSON HOSPITAL<br>1050 W GALLERIA DR<br>HENDERSON, NV | | | | | | | | | PAGE NO.<br>16 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL | 02/22/23 | |
| INS. | | |

89011-4806

HOSP.NO.

703 963-7000

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 | |

GUAR PH:

| GUARANTOR NAME | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| SUE A WHEELER | 1 | | | | |
| | | GROSSMAN DYLLEN | | | |

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 02/07 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |
| 02/08 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |
| 02/09 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |
| 02/10 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |
| 02/11 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |
| 02/12 ROOM | 61800025 001<br>5220 | | 4622.00 | 4622.00 | | | | |

| T O T A L S | 235367.00 | |
|---|---|---|
| T O T A L S | | 235367.00 |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATEMENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON, NV



| | | | | | | | | | | PAGE NO. 17 |
|---|---|---|---|---|---|---|---|---|---|---|

HCI #

HENDERSON HOSPITAL
1050 W GALLERIA DR
HENDERSON, NV
702 963-7000

89011-4806

HOSP.NO.

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| FINAL INS. | 02/22/23 | |

| U | E | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS |
|---|---|---|---|---|---|---|---|---|
| | | WHEELER , SUE A | | F | 79 | 02/06/23 | 02/13/23 | 7 |

GUAR PH:

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| | 1 | | | | |

GROSSMAN DYLLEN

| | AMOUNT OF PAYMENT | $ |
|---|---|---|

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | SUMMARY OF CHARGES | | | | | | | |
| | R&C IP-PVT 7DAYS@ 4622.00 | | 32354.00 | 32354.00 | | | | |
| | PHARMACY | | 51470.00 | 51470.00 | | | | |
| | MED/SURG SUPPLY | | 638.00 | 638.00 | | | | |
| | IV THERAPY | | 2906.00 | 2906.00 | | | | |
| | LABORATORY | | 44562.00 | 44562.00 | | | | |
| | RADIOLOGY | | 3286.00 | 3286.00 | | | | |
| | IMAGING SVC | | 4320.00 | 4320.00 | | | | |
| | PHYSICAL THER | | 11578.00 | 11578.00 | | | | |
| | OCCUPATIONAL THER | | 5084.00 | 5084.00 | | | | |
| | EMERGENCY ROOM | | 5751.00 | 5751.00 | | | | |
| | CARDIOLOGY | | 10878.00 | 10878.00 | | | | |
| | CT SCAN | | 49670.00 | 49670.00 | | | | |
| | EKG/ECG | | 2712.00 | 2712.00 | | | | |
| | OTH TREATMENT RM | | 8109.00 | 8109.00 | | | | |
| | PHARM OTHER | | 2049.00 | 2049.00 | | | | |
| | SUB-TOTAL OF CHARGES | | 235367.00 | | | | | |
| | | | | 235367.00 | | | | |

GUAR RELATIONSHIP:     S          SEX:   F        GUAR NO:   156326754
ACC-DATE:  02/05/23     TYPE:  H     TIME:    5:00 AM     PLACE:        EMPL REL: N
DSCH/FINAL DIAGNOSIS: S81.801A  UNSPECIFIED OPEN WOUND, RIGHT LOWER LEG, INITIAL E
ADM  DIAGNOSIS:        R53.1      WEAKNESS

AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO
UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE

| T O T A L S | | | 235367.00 | | | | | |
|---|---|---|---|---|---|---|---|---|
| T O T A L S | | | | 235367.00 | | | | |

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE- MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON, NV



HCI #    1   1

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE | 03/05/23 | |
| INS. | | |

HENDERSON HOSPITAL
1150 W.GALLERIA BLVD
HENDERSON,NV
702 963-7000

89011-4806

PAGE NO.
1

BIRTH-DATE    HOSP.NO.

| U | R | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER ,SUE A | | F | 79 | 02/28/23 | | | |

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

| C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|
| 1 | | | | |

AMOUNT OF PAYMENT   $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 02/28 | 45403383 001 11042 DEBRIDE SUBQ TISSUE<=20CM | | 2010.00 | 2010.00 | | | | |
| | SUMMARY OF CURRENT CHARGES OTH TREATMENT RM | | 2010.00 | 2010.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 2010.00 | 2010.00 | | | | |
| | EMPLOYER INFORMATION: RETIRED | | | | | | | |
| | DIAGNOSIS:    I87.2    I87.2 | | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |
| | T O T A L S | | 2010.00 | 2010.00 | | | | |

PATIENT NUMBER    PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE.

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON,NV



| HCI # | 1 | 1 | HENDERSON HOSPITAL |
|---|---|---|---|

1150 W.GALLERIA BLVD
HENDERSON,NV
702 963-7000

89011-4806

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL |
|---|---|---|
| CYCLE INS. | 04/05/23 | |

BIRTH-DATE | HOSP.NO.

| | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|
| U R | WHEELER , SUE A | | F | 79 | 03/07/23 | | | |

GUARANTOR NAME AND ADDRESS: SUE A WHEELER

| | C.O.B | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|
| | 1 | | | | |

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 03/07 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 03/14 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 03/21 | 45403383 001 11042 | | 2010.00 | 2010.00 | | | | |
| | DEBRIDE SUBQ TISSUE<=20CM | | | | | | | |
| 03/28 | 45400660 001 G0463 | | 1594.00 | 1594.00 | | | | |
| VISIT | EST LEV3 99213 | | | | | | | |
| | | | | | | | | |
| | SUMMARY OF CURRENT CHARGES | | | | | | | |
| | CLINIC VISIT | | 1594.00 | 1594.00 | | | | |
| | OTH TREATMENT RM | | 6030.00 | 6030.00 | | | | |
| | | | | | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 7624.00 | 7624.00 | | | | |
| | | | | | | | | |
| | EMPLOYER INFORMATION: | | | | | | | |
| | RETIRED | | | | | | | |
| | | | | | | | | |
| | DIAGNOSIS: | I87.2 L97.828 | | | | | | |
| | | | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| T O T A L S | 7624.00 | 7624.00 | | | | |
|---|---|---|---|---|---|---|

| PATIENT | NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. |
|---|---|---|

ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE.

HENDERSON HOSPITAL
HENDERSON,NV



| HCI # | 1 | 1 | HENDERSON HOSPITAL 1150 W.GALLERIA BLVD HENDERSON,NV | | | | | PAGE NO. 1 |
|---|---|---|---|---|---|---|---|---|

| TYPE OF BILL | DATE OF BILL | DATE OF PREV.BILL | | | | |
|---|---|---|---|---|---|---|
| CYCLE | 05/05/23 | | 702 963-7000 | | 89011-4806 | BIRTH-DATE HOSP.NO. |
| INS. | | | | | | |

| U | R | PATIENT NAME | PATIENT NUMBER | SEX | AGE | ADMISSION DATE | DISCHARGE DATE | DAYS | OUT PATIENT |
|---|---|---|---|---|---|---|---|---|---|
| | | WHEELER ,SUE A | | F | 79 | 04/04/23 | | | |

| GUARANTOR NAME AND ADDRESS | SUE A WHEELER | C.O.B 1 | INSURANCE COMPANY NAME | GROUP NUMBER | POLICY | NUMBER |
|---|---|---|---|---|---|---|

AMOUNT OF PAYMENT $

| DATE OF SERVICE | DESCRIPTION OF HOSPITAL SERVICES | SERVICE CODE | TOTAL CHARGES | EST. COVERAGE INS.CO. NO. 1 | EST. COVERAGE INS.CO. NO. 2 | EST. COVERAGE INS.CO. NO. 3 | EST. COVERAGE INS.CO. NO. 4 | PATIENT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| | DETAIL OF CURRENT CHARGES, PAYMENTS AND ADJUSTMENTS | | | | | | | |
| 04/04 VISIT | 45400629 001 G0463 EST LEV1 99211 | | 1141.00 | 1141.00 | | | | |
| 04/11 VISIT | 45400629 001 G0463 EST LEV1 99211 | | 1141.00 | 1141.00 | | | | |
| | SUMMARY OF CURRENT CHARGES CLINIC VISIT | | 2282.00 | 2282.00 | | | | |
| | SUB-TOTAL OF CURR. CHARGES | | 2282.00 | 2282.00 | | | | |
| | EMPLOYER INFORMATION: RETIRED | | | | | | | |
| | DIAGNOSIS: L03.115 L03.115 | | | | | | | |
| | AMOUNTS DUE HEREUNDER HAVE BEEN ASSIGNED TO UHS RECEIVABLES CORP. & US BANK, N.A. AS TRUSTEE | | | | | | | |

| TOTALS | | | 2282.00 | 2282.00 | | | | |
|---|---|---|---|---|---|---|---|---|

| PATIENT NUMBER | PLEASE REFER TO PATIENT NUMBER ON ALL INQUIRIES AND CORRESPONDENCE. | ADDITIONAL PATIENT BILLING MAY BE NECESSARY FOR ANY CHARGES NOT POSTED WHEN THIS STATE-MENT WAS PREPARED, OR IF INSURANCE CARRIERS DO NOT PAY ANY PART OF THE AMOUNTS SHOWN UNDER ESTIMATED INSURANCE COVERAGE. |
|---|---|---|

HENDERSON HOSPITAL
HENDERSON,NV