# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SUE ANNE WHEELER,

    Plaintiff

v.

WALGREEN CO.,

    Defendant

Case No.: 2:24-cv-01989-APG-MDC

**Order Striking Certificate of Interested Parties**

    I ORDER that defendant Walgreen Co.'s certificate of interested parties (ECF No. 8) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Walgreen Co. as required by the amendment to that rule.

    I FURTHER ORDER defendant Walgreen Co. to file a proper certificate of interested parties by November 8, 2024.

    DATED this 25th day of October, 2024.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE