```
SUBT
ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
MATTHEW D. MINUCCI, ESQ.
Nevada Bar No. 12449
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
THE COTTLE FIRM
8635 Eastern Avenue
Las Vegas, Nevada 89123
rcottle@cottlefirm.com
mminucci@cottlefirm.com
hrcottle@cottlefirm.com
Phone: (702) 722-6111
Facsimile: (702) 834-8555
Attorneys for Plaintiff
```

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

\* \* \* \* \* \* \*

| | |
|---|---|
| SUE ANNE WHEELER, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>WALGREEN CO., a Foreign Corporation; d/b/a WALGREENS; JOHN DOE, an Individual and Employee of WALGREENS CO., DOES II through X, and ROE BUSINESS ENTITIES XI through XX, inclusive,<br><br>Defendant. | CASE NO.: 2:24-cv-01989-APG-MDC |

### STIPULATION AND ORDER FOR SUBSTITUTION OF ATTORNEY

Plaintiff SUE ANN WHEELER, pursuant to LR IA 11-6(c), hereby substitutes as her attorneys of record ROBERT W. COTTLE, ESQ., and HAYDEN R. COTTLE, ESQ., of THE COTTLE FIRM, in place of the attorneys of LAWERENCE C. HILL & ASSOCIATES, LTD., in the above-entitled action.

. . .

. . .

1

## CLIENT CONSENT

I certify that I SUE ANN WHEELER is the Plaintiff in the above-entitled matter and consent to the above-stated substitution of attorney.

DATED this 12 day of November, 2024.

*[signature: Sue Ann Wheeler]*
SUE ANN WHEELER

## PRIOR COUNSEL CONSENT

LAWRENCE C. HILL, ESQ., and SEAN P. O'CALLAGHAN, ESQ., of LAWRENCE C. HILL & ASSOCIATES, LTD., hereby agree and consent to the substitution of ROBERT W. COTTLE, ESQ., and HAYDEN R. COTTLE, ESQ., of THE COTTLE FIRM as the attorneys of record for Plaintiff SUE ANN WHEELER in this matter, and hereby withdraws any further representation by LAWRENCE C. HILL & ASSOCIATES in this matter.

DATED this 18th day of November, 2024.

LAWRENCE C. HILL & ASSOCIATES, LTD.

*[signature]*
LAWRENCE C. HILL, ESQ.
Nevada Bar No. 11989
SEAN P. O'CALLAGHAN, ESQ.
Nevada Bar No. 15447
ARMITA HASHEMI, ESQ.
Nevada Bar No. 16250
2020 West Sunset Road
Henderson, Nevada 89014

. . .
. . .
. . .
. . .

## NEW COUNSEL CONSENT

I consent to my firm's substitution into this case as stated above to represent Plaintiff SUE ANN WHEELER.

DATED this __12__ day of November, 2024.

THE COTTLE FIRM

ROBERT W. COTTLE, ESQ.
Nevada Bar No. 4576
HAYDEN R. COTTLE, ESQ.
Nevada Bar No. 16219
8635 South Eastern Avenue
Las Vegas, NV 89123
*Attorneys for Plaintiff Sue Ann Wheeler*

## ORDER

IT IS SO ORDERED:

DATED this 12/6/2024

Hon. Maximiliano D. Couvillier III
United States Magistrate Judge